FILED 02 FEB '22 16:59 USDC-ORE

6:22-cv-00183-MC

# UNITED STATES DISTICT COURT DISTRICT 6 OF EUGENE OREGON

## QUI TAM FALSE CLAIMS ACT- WHISTLE BLOWING COMPLAINT-JURY DEMAND

PATRICK LOUIS HENDERSON ET. ALL

3130 KINSROW APT 305

EUGENE OREGON 97401

FIRST PLAINTIFF

CHRISTINE          HENDERSON

3130    KINSROW    APT    305

EUGENE OREGON 97401

SECOND PLAINTIFF

ANGELA M PEYTON

1640 NEWMARK APT 6

COOS BAY OREGON 97420

THIRD PALINTIFF

JASON       A        HENDERSON

3120    KINSROW    APT    305

EUGENE OREGON 97401

FOURTH PLAINTIFF

V.

FULL ACCESS BROKERAGE FAB

1240 CHARLETON ST

EUGENE OREOGN 97401

FIRST DEFENDANT

LANE COUNTY DEVELOPMENTAL DISABILITIES

125 E 8TH

EUGENE OREGON 87401

SECOND DEFENDANT

OREGON DEVELOPMENTAL DISABILITIES SERVICES (ODDS)

500 SUMMER ST NE E02

SALEM OREGON 97301

THIRD  DEFENDANT

OREGON HEALTH AUTHORITY OHA

3001 FAIRVIEW DINDUSTRIAL DR. SE

SALEM OREGON 97302

FORTH DEFENDANT

ALL DEFENDANTS WILL BE REFERED TO BY THEIR INITIALS OR THE TITLE OREGON DEPARTMENT OF HUMAN SERVICES (ODHS)

## JURISDICTION

QUI TAM-WHISTLE BLOWING ON MEDICAID AND MEDICARE FRAUD, PERSONAL INJURY, LIBAL SLANDER AND DEFAMATION, ABUSE AND NEGLECT OF A PERSON IN A PROTECTED CLASS, RETALATION, HARASSMENT ILLEGAL COLLECTION OF A MEDICAL OVERPAYEMNT, TAMPERING WITH OREGON NEEDS ASSESSMENT, BREACH OF CONTRACT, LABOR TRAFFICKING/FORCED LABOR, DISCRIMNATION, BATTERING, EMBESSLEMNET OF MEDICAID AND MEDICARE FUNDS, ILLEGAL USE OF MEDICAIID AND MEDICARE FUNDS, TAMPERING WITH WITNESSES, EVIDENCE AND ILLEGAL APPLICATION OF THE LAW.

## THE AMOUNT OF IN CONTROVERSY

THE AMOUNT THE PLAINTIFFS CLAIM THAT THE DEFENDANTS OWE IS MORE TAN 75,000.00 NOT COUNTING INTEREST AND COST OF COURT AND REASONABLE LAWYER FEES

## CLAIMS

## PRE HISTORY TO LANE COUNTY EVENTS

WHEN TRANSFERRING INTO LANE COUNTY DEVELOPMENTAL SERVICES FROM YAMHILE COUNTY LANE COUNTY DEVELOPMENTAL DISABILITIES HELD A MEETING THAT WAS TO TRANSFER PAPERWORK AND SERVICES TO THEIR COUNTY DEPARTMENT. IN THE MEETING A LETTER WROTE BY A GROUP HOME HOUSE MANAGER OVER 10 YEAR PRIOR WAS BROUGHT UP IN THIS MEETING. THIS LETTER MADE FALSE STATEMENTS ABOUT THE CHARACTER OF PATRICKS GUARDIANS AND FAMILY MEMBERS. THIS LETTER STATED THAT PATRICKS FAMILY COULD NOT COME AND VISIT HIME UNLESS THEY SCHEDULED A TIME TO COME VISIT TWO WEEKS IN ADVANCE. WHICH IS ILLEGAL. THIS LETTER WAS WRITTEN IN RETALIATION TO PROTECTIVE SERVICE COMEPLAINTS MADE AND WAS USED TO TRY AND KEEP FURTHER COMPLAINTS BEING MADE BY AUTOMATIC REPORTERS. THIS GROUP HOME MANAGER DID NOT GO TO COURT TO TRY AND GET ANY KIND OF LEGAL INJUCTIN TO INFORCE HER LETTER AS WHEN THE LETTER WAS BROUGHT TO CHIIPS ATTENTION IT WAS DECIDED PATRICK WOULD BE ALLOWED TO TRANSFER FROM TURNER HOUSE TO A DIFFERENT STATE RAN GROUP HOME. ALL PROTECTIVE SERVICE REPORTS THAT WERE MADE AGAINST TURNER HOUSE CAME BACK FOUNDED AND ALMOST COST THEM THE LICENSING OF THEIR GROUP HOME. WHEN THIS SUBJECT WAS BROUGHT UP IN THIS MEETING OF TRANSFERRING TO LANE COUNTY CHRISTINE DID NOT ADDRESS THIS ISSUE. SHE FIGURED THAT IT WAS OVER 10 YEARS PRIOR AND CONTAINED ALLOT OF ABUSE AND NEGLECT STUFF AS WELL AS PATRICKS PERSONAL MEDICAL HISTORY AND THAT WAS NOT THE TIME OR PLACE TO BE TALKING ABOUT WHAT HAD HAPPENEDPREVOKED A HOUSE MANGER TO WRITE SUCH A LETTER AND SENT IT TO A FAMILY.

THIS WAS A HUGE MISTAKE ON CHRISTINE'S PART. SHE STILL IS NOT AWARE OF WHAT ALL IS WRITTEN IN PATRICKS MEDICAL RECORDS AND DEPARTMENT NOTES BUT WHATEVER IS DOCUMENTED IT IMPACTS THE QUALITY OF SERVICES AND SUPPORTS PATRICK GETS AS WELL AS HOW SERIOUS CHRISTINES PROTECTIVE SERVICE COMPLAINTS ARE TAKEN AS WELL AS IT HAS TARNISHED HER INTEGRITY AS PATRICKS GARDIAN..

CHRISTINE LODGE A COMPLAINT AGAINST MARK PHINNEY PROTECTIVE SERVICE OFFICER IN LANE COUNTY COURTS AND ADDRESSED THIS LETTER AND ALL THAT LEAD UP TO THE LETTER AND TRANSFER OF PATRICK TO ANOTHER INSTITUTION AND REQUESTED THAT HER 25 PAGES OF EXPLANTION BE PUT IN PATRICKS FILE TO REBUTTAL ALL THE NEGATIVITY CHARTED ABOUT PATRICKS FAMILY AND GUARDAINS. CHRISITNE WAS TOLD THAT ONCE IN THE RECORD ALWAYS IN THE RECORD AS SHE TRIED REQUESTING THE FALSE DEFAMIING DOCUMENTATION BE REMOVED WHICH ODHS REFUSED TO DO. SO SHE WROTE HER SIDE OF THINGS AND REQUESTED IT BE ADDED TO THE RECORD.

PLAINTIFFS REQUEST THAT THIS COURT INVESTIGATE THIS LANE COUNTY PROCEEDINGS AND ODHS RECORDS TO MADE SHRE THE DOCUMENTATION WAS INDEED PLACED IN PATRICKS PERMANENT DEPARTMENT RECORD.

CHRISTINE FEELS THIS WAS THE BEGINNING OF A LONG,LONG, LONG, HISTORY OF CORRUPTION ABUSE NEGLECT RETALITORY ACTIONS HARASSMENT YOU NAME IT BETWEEN HER AND SOME THE ODHS PEOPLE.

COMPLAINTS

1

WHEN TRANSFERRING FROM LANE COUNTY DEVELOPMEMTAL DISABILITY SERVICES TO FULL ACCESS IN 2Q17 WE WERE LEFT WITHOUT CASE MANGEMENT FOR 4 MONTHS.

2

WHEN WE DID GET ASSIGNED A PERSONAL ASSISTANT SHE MADE A HOME VISIT AND THAN WE NEVER HEARD FROM HEAR AGAIN SO WE REQUESTED TO BE REASSIGNED TO A NEW CASE MANAGER AT FULL ACCESS.

3

WE GOT ASSIGNED TO A CASE MANAGER AND THINGS WERE GOING WELL UNTIL SHE SAID SHE WAS LEAVING FOR ANOTHER JOB THAN MIKE SHUGRUE PA SUPERVISOR AT THE TIME BEGAN HARASSING US ABOUT PATRICK BEING THE EMPLOYER OF RECORD AND HOW I COULD NOT BE GUARDAIN AND GET PAID, AND HOW ISP REPRESENTATIVES COULD NOT LIVE A CERTAIN MILES AWAY.

4

MIKE SHUGRUE WITH FEMALE COWORKERS MADE MULTIPLE HOME VISITS HARRASSING CHRISTINE ABOUT HOW THE WAY THE CASE WAS SAT UP BY TIFFANY BROWN THE PREVIOUS FULL ACCESS PA AND WAS TRYING TO COERSE AND USE GROUP HOME BY LAWS AS HOMEHEATH K PLAN RULES WHICH WAS INAPPROPRIATE. IT WAS OBVIOUS THAT MIKE SHUGRUE DID NOT HAVE THE EDUCATION OR TRAINING FOR HIS POSITION AS PERSONAL AGENT SUPERVISOR.

5

THE HOME VISITS WOULD TURN INTO HEATED DEBATES WHICH WOULD TAKE PLACE IN FRONT OF PATRICK AND OTHER STAFF. PATRICK WOULD GET STRESSED AND HAVE RAYNAUDS ATTACKS AND STAFF WOULD GET STRESSED OUT AS WELL SO CHRISTINE FINALLY TOLD MIKE SHUGRUE. NO MORE HOME VISITS. EMAILS OVER, THE PHONE OR PERSON TO PERSON  CONTACT IN THEIR OFFICE AWAY FROM PATRICK AND VISITING STAFF MEMBERS..

6

THE PREVIOUS CASE MANAGER TIFFANY BROWN SAT THE CASE UP CORRECTLY. ODDS AND OHA CONFIRMED THAT SHE HAD. YET MIKE SHUGRUE CONTINUED HARRASSING AND CLAIMING THINGS WERE NOT SAT UP CORRECTLY AND THAT CHRISTINE COULD NOT BE PAID FOR FILLING IN WHEN THERIR WAS NOT STAFFING.

7

TWO MONTHS AFTER TIFFANY HAD RESIGNED AS CARE MANAGER WE WERE ASSIGNED ANOTHER CASE MANAGER MISS AIKEN WHO AGAIN WAS NOT DOING HER JOB. AND OUT OF THE OFFICE MORE THAN SHE WAS IN.

8

WE SENT OVER 15 PEOPLE WE HAD INTERVIEWED AND HIRED OFF OF THE OREGON HEALTH CARE COMMIISION REGISTRY TO GET PROCESSED AND NO ONE WOULD GET PROCESSED. THESE ARE PEOPLE HAD THEIR BACKGROUND CHECKS AND EMPLOYEE NUMBERS ALREADY AND SOME HAD OTHER CLIENTS THEY WERE WORKING FOR AND SHOULD HAVE BEEN ABLE TO WORK FOR US WITH IN 10 DAYS TOPS.

9

A COMPLAINT WAS MADE WITH ODDS AND OAH ABOUT WORKERS NOT BEING PROCESSED WITHIN THE 10 DAYS TOODDS AND OAH AND ABOUT THE MULTIPLE HARASSING VISITS BY MIKE SHUGRUE AND VARIOUS FEMALE CO WORKERS WERE HARASSING TRYING TO APPLY GROUP HOME REGULATIONS.

10

BILL ONE OF THE DIRECT CARE TEAM GOT INTO A DISPUTE WITH THE CASE MANAGER AND THE END RESULT WAS WE AGAIN ASKED FOR A NEW CASE MANAGER AS MISS AIKEN WOULD NOT ADRESS ANY OF THE ISSUES BILL WAS COMPLAINING ABOUT..

11

DURING THE TIME MISS AIKEN WAS CASE MANAGING WE HAD A DIRECT CARE WORKER LEAVE PATRICK IN HER CAR UNSUPERVISED FOR A LONG PERIOD OF TIME AND THE POLICE WERE CALLED ON HER.WE TERMINATED EMPLOYMENT SERVICES PENDING A LANE COUNTY PROTECTIVE SERVICE INVESTIGATION AND NEVER GOT THE RESULTS OF THAT INVESTIGARION UNTIL 8 MONTHS LATER.

PAGE 4

12

MIKE SHUGRUE NEVER ASSIGNED US A NEW CASE MANAGER UPON MISS AIKENS BEING TERMINATED FROM OUR CASE MANAGEMNT.

13

PATRICK S INDEPENDENT SUPPORT PLAN AND LEVEL OF CARE WAS TO BE COMPLETED BEFORE JULY 1ST AND NO ONE GOT ASSIGNED.MIKE SHUGRUE SAID HE WOULD FILL IN AND UPON ARRIVAL TO DO THE ISP AND LOC HE BROUGHT A CASE MANAGER NAMED MELISA WHO HE SIAD WOULD BE THE NEW CASE MANAGER. SHE BEGAN THE PROCEEDINGS BY STATING SHE CAN NOT STAY AND WILL BE LEAVING SOON. CHRISTINE GAVE HER A TOUR OF PATRICK'S LIVING AREA AND THAN SHE EXCUSED HERSELF AND LEFT. LEAVING MIKE SHUGRUE WITH CHRISTINE JASON PATRICK AND ANGELA THE ISP REPRESENTATIVE MIKE DID NOT HAVE A LAP TOP JUST A YELLOW PAD OF PAPER AND PEN AND THE ISP AND LOC WAS NOT DONE TRADITIONALLY HE JUST AKED QUESTIONS AND JOTTED DOWN NOTES THAN STATED HE WOULD GO BACK TO THE OFFICE PUT HIS NOTES INTO THE COMPUTER THAN SEND A COPY TO US TO SIGN. HE LEFT IN ABOUT 15 MINUTES AFTER MELISSA. LOC AND ISPS UUSALLY TAKE 2 HOURS OR MOREJULY CAME AND WE COULD NOT ENTER TIME WORKED INTO EXPRS AFTER SEVERAL PHONE CALLS WE FOUND OUT THAT MIKE HAD NOT DONE ENTERED THE INFORMATION HE SIAD HE WOULD AND HE HAD NOT MADE ANY CONTRACTS. CHRISTINE LODGED A PROTECTIVE SERVICE COMPLAINT AS THEY LOST HALF THEIR DIRECT CARE TEAM OVER MIKES FAILURE TO DO HIS JOB.

14

UPON COMPLAINING ABOUT MIKE NOT DOING HIS JOB WE GOT A PHONE CALL FROM HIS SUPPERVISOR SAYING THAT MIKE SAID HE COULD NOT CONDUCT THE ISP AND LOC AS THERE WAS A PERSON LAYING ON THE COUCH WATCHING TV ON EXCESSIVE VOLUME AND CHRISTINE SAID SHE WOULD NEED TO LEAVE SOON. (ALL THIS WAS A LIE) (RETALIATION)

15

ANGELA THE ISP REP TRAVELED ALL THE WAY FROM COOS BAY TO BE AT THIS MEETING THAT WAS TO BE 2 HOURS OR MORE THAT LASTED LESS THAN A HALF HOUR. AND THE TV WAS OFF. ODHS DOES NOT REIMBURSE HER FOR MILAGE OR PAY HER ANY KIND OF WAGE OR STIPEND FOR PERFORMING ISP REPRESENTATIVE DUTIES. AN ISP PERSON IS EQUIVALENT TO A MC DONALDS MANAGEMNT PERSON WHO GETS 55,000.00 A YEAR.

16

MIKE FINALLY DID THE LOC BUT HE DROPPED PATRICKS LEVEL OF CARE DOWN TO ENHANCED FROM EXCEPTIONAL CAUSING THE LOSS OF ANOTHER WORKER AS HE COULD NOT CONTIUE TO GET PAID 18.00 AN HOUR AND CONTINUE HIS CLASSES DUE TO THE BRAGINING AGREEMENT. MIKE DID NOT GIVE 30 DAY NOTICE OF THE CHANGE TO GUARDAIN OR CLIENT WHICH IS REQUIRED BY MEDICAID CARE PLAN RULES. MIKES SUPERVISOR THAN DEROPPED THE LOC FROM ENHANCED DOWN TO THE LOWEST LEVEL POSSIBLE IN RETALIATION TO CHRISTINE COMPLAINING ABOUT FULL ACCESS NOT PERFORMING THEIR CASE MANAGEMENT DUTIES. THIS SECOND DROP IN THE LOC LOCKED CHRISITNE OUT OF HER PAY RAISE AS SHE HAD JUST FINISHED THE ENHANCED COURSE AND WAS TOLD THAT FULL ACCESS WOULD CHANGE HER PAY THEY DID THE LOC AND ISP AMONTH AND A HLF LATER.

**17**

A PROTETIVE SERVICE COMPLAINT WAS MADE AGAIN TO MARK PHINNEY ABOUT MIKE USING THE ANA WHICH WAS PHASED OUT TWO MONTHS PRIOR BY ODDS AND OHA AND MIKE ALSO HAD TAMPERED WITH THE ANA CHANGING PATRICK'S DUCTIONING LEVEL STATING HE WAS INDEPENDENT TOILETING WHEN HE WEARS BREIFS AND IS A 1 TO 2 PERSON ASSIST.

**18**

MARK PHINNEY CALLED OVER TO FULL ACCESS AND TOLD THEM THEY NEEDED TO GET AN OREGON NEEDS ASSESSMENT SCHEDULED BY AN INDEPENDENT ODHS WORKER NOT PART OF FULL ACCESS. THE ONA WAS SCHEDULED AND TOOK 3 AND A HALF HOUR TO COMPLETE. IT WAS TO BE BACK IN 1 WEEK AND THE EVALUATOR WAS SPECIDFIC ABOUT THE PROCEEDURE AS SHE EXPLAINED THAT SHE WILL ASK INFORMATION PUT IT INTO THE COMPUTER AND ADD SOME NOTES TO IT SEND IT TO SALEM TO BE APPROVED. NO ONE ELSE WILL SEE THE PERSONAL HEALTH INFORMATION GIVEN JUST HER AND THE PERSON APPROVING HER ASSESSMENT. THE EVEALUATOR SAID THAT THE RESULTS FROM THIS ASSESSMENT STANDS IN PLACE FOR 5 YEARS. AND AT THIS TIME EVEN IF HE SCORES HIGHER THAN HE DID ON OTHER ASSESSMENTS HIS HOURS AND LEVEL OF CARE WILL NOT CHANGE.

AT THAT POINT A BREIF DISCUSSION ABOUT THE 3 PRIORONAS TOOK PLACE AND HOW THEY ALL COME BACK EXCEPTIONAL NEED. THE EVALUATOR STATED THAT SHE ALSO WILL BE RECOMMENDING EXCEPTIONAL NEEDS BASED ON HER OBSERVATIONS AND COLLECTION OF DATA. WE LEFT FEELING CONFIDENT THAT THE LEVEL OF CARE WOULD BE RESTORED EVERYONE WILL GET THE CORRECT PAY COMING TO THEM AND BE ABLE TO CONTINUE TRAININGS THAT WOUOLD BE AT A LEVEL TO SUPPORT PATRICK NEEDS.

WE DID NOT GET THE RESULTS OF THE ONA THAT WAS SUPPOSED TO HAVE BEEN BACK IN 2 WEEK UNTIL 3 MONTHS LATER AND WHEN GOT THE RESULTS AND IT HAD COME BACK EXCEPTIONAL NEEDS JUST LIKE THE 3 PRIOR BUT A TRANSMITTAL WAS ATTACHED TO IT AND MIKE HAD CONTACTED SOMEONE AND WANTED CLARIFICATION ON SCORING OF IT AND ALSO A TRANSMITTAL WAS ATTTACHED TO IT STATING NO CLIENTS WILL BE GETTING EXCEPTIONAL NEEDS OR ENHANCED LOC STATUS UNTIL THEY FIGURE OUT HOW TO FIX A PROBLEM AT A LATER DATE. IT INSTRUCTED ODHS WORKERS TO BREAK ADMINISTRATIVE RULES AND NOT TELL PEOPLE ABOUT THE ISSUES WITH THEIR NEW PILLOT PROGRAM THAT HEY HAD SPENT BILLIONS OF DOLLARS ON AND LEID ABOUT HOW CLEITNS AND OWRKERS CAN STILL ACCESS THE SUPPORTS THAT THE CASEMANGEMENT CAONTRACTS SAID THEY WOULD.

**19**

THE SQUABBLING OVER ISP REPRESENTATIVE AND GUARDIAN AS WORKER CONTINUED AND ODDS AND OAH WAS IN THE MIDDLE OF THINGS YET NOTHING GOT RESOLVED SO ANOTHER PROTECTIVE SERVICE COMPLAINT WAS MADE AS WELL AN ADMINISTRATIVE HEARING REQUEST AS A JULY HAD DONE GONE BY AND WE STILL HAD NO WORKING ISP LOC OR YEARLY CONTRACTS OR FUNCTIONAL ISP.

20

FULL ACCESS RETALIATED BY TAKING WAY PATRICKS TWO ON ONE SERVIES. ANOTHER PROTECTIVE SERVICE COMPLAINT WAS MADE.

21

FULL ACCESS WAS FINALLY GETTING CONTACTED BY ODDS AND OHA WHO WERE TELLING FULL ACCESS TIFFANY BROWN HAD SAT UPT THE CASE CORRECTLY AND THAT THEY NEEDED TO SETTLE THE DISPUTES PROMPTLY. CHRISTINE PATRICK AND JASON ATTENDED TWO MEETINGS WHICH ENDED UP IN HEATED DEBATES AND PATRICK HAVING RAYNAUDS ATTACKS. CHRISTINE SAID NO MORE MEETINGS AT IS WAS EFECTING NOT ONLY PATRICK;S HEALTH BUT HER OWN DUE TO THE STRESS AND, NON STOP HARASSMENT RETALIATION AND TRYING TO GET BY ON LESS THAN SUPORTS FULL ACCESS WAS OFFERING.

AT ONE POINT CHRISTINE WAS THREATENED THAT IF SHE DID NOT ATTEND A MEETING DOWN AT FULL ACCESS THAT THEY WERE GOING TO TAKE PATRICK AND PUT HIM BACK INTO AN INSTITUTION. SO SHE WENT AND WAS TOLD BY THE CEO THAT THEY DO NOT HAVE THE POWER TO PULL PATRICK AND PUT HIM BACK IN AN INTITUTION IN THE MIDDLE OF THE HEATED DISCUSSION WHERE MIKES SUPPERVISOR IS BLURTING OUT I AM NOT GOING TO LOSE MY EMPLOYMENT OVER THIS. PATRICK S THE EMPLYER OF RECORD HAD SCOOTED AWAY FROM THE TABLE AND UP AGAINST THE WALL AND WAS HAVING A RAYNAUDS ATTACK AGAIN. CHRISTINE JASON AND PATRICK ALL LEFT THE MEETING WITHOUT GETTING ANYTHING SETTLED.WITH CHRISTINE STATING THE ONLY REASON SHE CAME TO THE MEETING WAS DUE TO THE THREAT OF THEM TAKING PATRICK AND PUTTING HIM BACK IN AN INSTITUTION AND THAT SHE WOULD BE SEEING THEM IN AN OREGON ADMINISTRATIVE HEARING TO SETTLE THE MATTERS

MIKE SHUGRUE SANDY CEO AND MELISSA MIKES SUPERVISOR WHERE PRESENT FOR FULL ACCESS IN THIS MEETING AND ALL OF THEM SEEM TO HAVE NO CLUE AS TO HOW HARD IT IS TO FOLLAW A MEDICAL DOCTORS INSTRUCTIONS OF HAVING TWO STAFF PEOPLE ASSIST PATRICK DURING ALL AWAKE HOURS WHEN FULL ACCESS IS ONLY ALLOWING ONE. HOW TIRED A PERSON CAN GET DOING DAY AFTER DAY RESPITE CARE BECAUSE WE LOST 3 TEAM MEMBERS OVER FULL ACCESS ILLEGAL CASE MANAGEMENT AND ODDS AND OHA FAILURE TO GET SOMEONE DOWN FROM THEIR OFFICE TO FACILITATE GATE KEEP ON THE MEETINGS THAT WERE TAKING PLACE.

22

NOVEMEBR OF 2018 WE WERE TOLD KRISTI K WAS GOING TO BE OUR NEEW CASE MANAGER. THIS WAS ONE OF MIKE SHUGRUES FEMALE CO WORKERS THAT HAD VISTED OUR HOME SEVERAL TIMES WITH HIM HARRASING US WITH GROUP HOME RULES AND CLAIMING TIFFANY BROWN HAD SAT UP THE CASE INCORRECTLY. WE WERE NOT HAPPY SHE WAS BEING ASSIGNED TO US DUE TO HER PAST ACTIONS WITH MKE BUT A CASE MANAGER IS BETTER THAN NO MANAGER. CHRISTINE FELT IS WAS A CONFLICT OF INTERST BUT WENT WITH IT ANYWAYS. KRISTI K AND MELISSA AND SANDY GOT THE ADMINISTRATIVE HEAING REQUEST MOVING SOME 6 MONTHS AFTER IT WAS FIRST MADE. THE PACKET RECEIVED WITH THE DEPARTMENTS EXHIBITS WAS FILLED WITH DECEPTION AND TAMPERING OF PAPERWORK AND IT WAS BASICALLY CONSTRUCTED BY MIELLISSA AND SANDY THE CEO WHO HAD ALSO MADE PERSONAL DEFAMING AND SLANEROUS COMMENT ABOUT CHRISTINE IN THE DOEUMNETS.

23

ONCE INFRONT OF THE ADMINISTRATIVE JUSGE THE JUDGE WOULD NOT ADDRESS THE ISSUES THE HEARING REQUEST WAS FOR AND WAS PREJUDICE FOR THE DEPARTMENT. BEFORE THE JUDGE COULD WRITE THE FINAL ORDER THEY WERE NOTIFIED THAT PATRICK HAD FALLEN AND BROKEN HIS HIP AND THAT IT WAS A DRECT RESULT FROM FULL ACCESS, ODDS, OHA, AND THE OAH NOT ALLOWING THE LEVEL OF CARE PRESCIRBED NY HIS MEDICAL DOCTOR.

24

WHILE AT RIVERBEND HOSPITAL NO ONE COULD REACH KRISTI K TO ARRANGE SERVICES FOR AFTER CARE. CHRISTINE THE HOSOPTIAL ADMINISTRATOR AND THE INSURANCE PEOPLE ALL WERE TRYING TO GET AHOLD OF KRISTI K. 1 WEEK LATER SHE FINALLY ANSWERS THE PHONE AND CLAIMS SHE DOES NOT HAVE A BACK UP WORKER AND SHE WAS OUT SICK WITH LAYYNGITIS. BY THIS TIME CHRISTINE WAS EXPERIENCING DAHJAVHOO...AS THE HOSPITAL WAS SAYING PATRICK COULD NOT REMAIN IN THE HOSPITAL AS HIS SURGERY WAS COMPLETE AND INSURACE WOULD NOT KEEP PAYING AND IF WE CHODE TO STAY WE COULD END UP PAYING THE HOSPITAL BILL AND THEY WASN TO TRANSFER HIM TO A NURSING HOME FOR REHAB. CHIRISTINE BEGAME PHSICALLY ILL FROM THE STRESS. AS LAST TIME THEY PUT PATRICK IN A NURSING HOME SHE WAS THREATENED HER FAMILY WAS THREATENED HER DAD MURDERED OVER THE PASSR NON COMPLAINCE AND PATRICK ILLEGALLY EVICTED DUE TO ODHS TURNEING OFF HIS MEDICAID AND MEDICARE COVERAGE. PATRICK BEING TRANSFERRED WITH NO MEDICAL SUPPORTS IN PLACE AND SUSTAINING LIFE THREATENIING HEAD INJURY WITHIN A WEEK OF RESDIDNECY, THAN PATRICK BING HIT WITH A 40000.00 OVER PAYEMTN TO THE NURING HOME!

YES CHRISITNE WAS MORE THAN ADIMAT THAT PATRICK WAS NOT GOING TO A NURSING HOME AND HE WOULD BE REMAINING IN THE HOSPITAL UNTIL PROPER SUPPORTS ARE IN PLACE AT HOME FOR HIM.

PATRICK HIMSELF IS VOMITING AND THESE PEOPLE AT FIRVERBEND WANT TO MAKE HIME LEAVE??

25

KRISTI K SAID SHE WOULD PUT IN AN EMERGENCY EXCEPTION AND IT WOULD BE BACK WITH IN 24 TO 48 HOURS WHICH WOULD TURN UP THE HOURS OF CARE THE AMOUNT OF STAFFING WE COULD HAVE AND GET US SOME EQUIPMENT TO USE 3 MONTHS LATER THIS EXCEPTION PUT INTO ODDS/OAH WAS NOT BACK YET. IT CAME BACK 6 MONTHS LATER AND SAID IT WAS GOOD UNTIL THE END OF THE ISP PERIOD WHICH WAS IN 10 DAYS.

DURING THIS TIME CHRISTINE HAD WHIPED OUT HER SAVINGS PATRICKS SAVINGS AND HIRED OUT OF POCKET STAFFING TO MOVE PATRICK AROUND AT HOME TO GET BY.

26

CHRISITNE AGAIN LODGED A PROTECTIVE SERVICE COMPLAINT AND THIS TIME IT WAS REFERRED OUT TO LINNN COUNTY FOR INVESTIGATION. KRISTI K WANTED TO BE AT THE MEETING WITH THE INVESTIGATOR BUT CHRISTINE TOLD HER NO AS SOME OF THE COMPLAINTS WERE AGAINST HER CASE MANAGEMENT.

WHEN THE INVESTIGAOTR ARRIVED THE INVESTIGATOR WAS UNDER FALSE PRETENSE THAT THE DEPARTMENT HAD REQUESTED THE INVESTIGATION NOT CHRISTINE.SO CHRISITNE STRAIGHTENED THAT OUT AND BEFORE THE INVESTIGATOR LEFT SHE SUGGESTED TRANSFERING BACK TO LANE COUNTY DEVELOPMENTAL DISABILITY SERVICES.

AFTER A SHORT TEAM MEETING IT WAS DECIDED PATRICKS CASE WOULD TRANSFER BACK TO LCDD. THE ARRANGEMENT WERE MADE AND A TRANSFER DATE WAS SET. THE DATE CAME AND FULL ACCESS CLAIMED THAT THEY COULD NOT TRANSFER THE CASE AS AN EXIT INTERVIEW HAD NOT TAKEN PLACE.PATRICK JOHNSON THE CASE MANAGER SUPERVISOR FOR LANE COUNTY DD SAID WE DID NOT NEED AN EXIT INTERVIEW AND THAT HE COULD NOT DO ANYTHING UNTIL FULL ACCESS TANSFERS THE CASE. PATRICK JOHNSON ALSO STATED THAT HE WOULD BE OUR CASE MANAGER UNTIL HE COULD GET US ASSIGNED TO ONE OF LCDD CASE MANAGERS. WE HAD PATRICK JOHNSON AS OUR CASE MANGER FOR OVER 5 MONTHS AFTER THAT.

PATRICK JOHNSON THE DEPARTMENT WAS HARASSING AND STALLING FOR MORE TIME TO COMPLETE THE NECESSAY DOUMENTATION IN THE FILE BEFORE TRANSFERING IT OVER TO LCDD AND AS A RESULT THE DIRECT CARE TEAM WAS TOLD THEY WOULD BE WITHOUT PAY AGAIN. PATRICK SUGGESTED WE GO WITHOUT PAY AND THAN ALLOW HIM TO BACK DATE THE CONTRACTS JUST LIKE FULL ACCESS WAS SUPPOSED TO DO. I REMINDED HIM THAT PATRICK WAS THE EMPLOYEE OF RECORD AND THAT IT IS THE DEPARTMENTS JOB TO DO HIS ADMINISTRATVE STUFF FOR HIM.AND THAT OUR TEAM WILL BE APPLYING FOR UNEMPLOYMENT BENEFITS UNTIL HE GETS THING FIXED.LESS THAN ONE WEEK LATER WE ARE TOLD WE ARE IN THE SYSTEM AND WE WILL BE GETTING PAID.

27

PATRICK JOHNSON WAS LIKE MIKE SHUGRUE...DID NOT HAVE THE TRAINING FOR HIS POSTION AND WAS NNOT PROVIDING CASE MANAGEMENT SERVIES BY THE DEADLINES AND WAS OUT OF THE OFFICE/UNAVAILABLE MORE THAN HE WAS IN. AFTER AGAIN NUMENROUS COMPLAINTS THAT WE WERE NOT GETITNG ASSIGNED TO A CASE MANGER THAT COULD PROVIDE CONSISTANT CASE MANGEMENT WE FINALLY GOT ASSIGNED TO GRETTA HILTY. AND THINGS GOT CONSIDERABLELY BETTER FROM THEIR.

<u>COMPLAINTS MORE ABOUT ODDS OAH AND OHA AND THE SYSTEM ITSELF</u>

28

ODHS PROMOTES FORCED LABOR AND LABOR TRAFFICKING AS WELL AS MAKES ILLEGAL ADENDUMS TO THEIR CONTRACTS CONFLICTING WITH THEIR ADMINISTRATIVE LAWS.

29

ODHS MAKES HOMEHEALTH CARE WORKERS WORK OUT OF THEIR SCOPE OF PRACTICE AND IMPEDES PERSONAL ENRICHMENT/ADVANCEMENT IN THEIR FIELD OF PRACTICE.

30

ODHS DISCRIMINATES AGAINST CLIENTS THAT CHOSE TO RECEIVE CARE AT HOME RATHER THAN AN INSTITUTION.

31

ODHS FORCES WORKERS TO WORK FOR FREE OR FOR SUBSTANDARD WAGES AND WITHOUT PROPER EQUIPMENT.

32

ODHS HAS NOT PROVIDED ANY PANDEMIC ADJSUTMENTS.

33

ODHS DUPILICATES SERVICES.WASTING MEDICAID AND MEDICARE DOLLARS.

34

ODHS EMBEZZLES MEDICAID AND MEDICARE DOLLARS BY CLAIMING THEY PROVIDE PROGRAMS THEY DO NOT PROVIDE.

35

ODHS EMBEZZLES WORKERS PAY BY DENYING TO PAY THEM

36.

ODHS HAS CASE MANAGERS ARE PRACTICING UNLAWFUL MEDICINE AND ABUSING CLEINTS AND DIRECT CARE WORKERS BY NOT FOLLOWING MEDICAL DOCTORS ORDERS. THEY ARE NOT LICENSED WITH THE STATE OF OREGON TO MAKE MEDICAL DECISIONS THAT ARE IN CONFLICT WITH LICENSED MEDICAL PHYSICIANS.

37

OAH OFFICE IS CURRUPT PREJUDICE ORAGANIZATION THAT TAMPERS WITHITNESSES AND WRITTEN CORRESPONDENCE AS WELL AS USES THE LAW IN UNLAWFUL WAYS. TWO OR MORE JUDGES COLLECT SALLARIES 217 PERCENT HIGHER THAN THE MEDIAN FOR OREGON LAW JUDGES. WHICH IS RACKETEERING AND THE DEPARTMENT AGENCIES ARE ALLOWING SUCH EROUNFOUS WAGES IN EXCHANGE FOR PREJUDICE TRAILS IN THE DEPARTMENTS FAVOR.

38

ODHS HAVE DEPARTMENT REPRESENTATIVES REPRESENTIGN THEM IN OAH HEARINGS THAT ARE NOT LICENSED WITH THE STATE OF OREGON TO PRACTICE LAW.

39

A DIRECT CARE WORKER CAME INTO OUR HOME AND CLAIMED MIKE SHUGRUE HAD BECOME THE PRESIDENT OF FULL ACCESS BROKERAGE AND GAVE HIME A 15,000.00 SIGN ON BONUS.AS WELL AS MADE SOME OTEHER CLAIMS ABOUT MEDICAID AND MEDICARE DOLLARS BEING SPENT ON VARIOUS EVENTS RAHTER THAN GOING TO THE CLIENTS AND DIRECT CARE WORKERS. SHE ALSO COMPLAINED THAT FULL ACCESS WOULD PAY HER THAN GO BACK 3 MONTHS AND SAY SHE WAS OVER PAID AND TAKE MONEY FROM HER CURRENT CHECKS.

40

ODHS HAVE CASE MANAGERS THAT SPEND MORE TIME OUT OT THE OFFICE DOING TRAININGS AND USING UP VACATION AND SICK LEAVE THAN THEY DO MANAGING CASES, HOME HEALTH CARE WORKERS DO NOT GET SICK LEAV PAID VACATION YET THERE IS MONEY BEING DEDUCTED FROM THEIR CHECKS FOR THE EMPLOYEE FUND THAT IS SUPPOSED TO BE PART OF THIS PROGRAM.

41

ODHS ALLOWS HOSPITALS TO BILL THEM FOR SERVICES THEY ARE NOT PROVIDING. CLEINTS WHO ARE NON VERBAL AND CAN NOT BE LEFT ALONE AS THEY CANNOT PUCH A CALL LIGHT FOR HELP NEED PSWS IN THE ROOMS WITH THEM WHILE AT THE HSOPTAIL. BUT ODHS SAYS IT IS DOUBLE BILLING TO ALLOW PSWS TO CLAIM HOURS WHILE AT THE HOSPITAL. NURSES ARE NOT IN THE ROOM WITH THE CLIENTS THEY ARE IN THE HALLWAYS AND IN OTHER PAITENTS ROOMS YET THEY BILL FOR SERVIES. MEDICAID AND MEDICARE FRAUD IS BING ALLLOWED BY ODHS.

42

ODHS CLAIMS NO CLIENTS SERVICE LEVEL WILL BE REDUCED. BUT PATRICK'S HOURS AND LEVEL OF CARE HBOTH WERE DROPPED AND DUE TO THE WAY THE BARGINING AGREEMENTT IS SET UP THIS LOWERS THE PAYY FOR CARE WORKERS AND THE LEVEL OF TRAINING THEY CAN ACCESS. IN PATRICKS CASE IT ALSO HAS CAUSED INJURY TO HIM AND TO HIS DIRECT CARE STAFF.

43

ODHS IS ALLOWING ILLEGAL DEBT COLLECTION TO OCCUR BY PERSONS NOT REGISTERED WITH THE STATE OF OREGON TO COLLECT DEBTS. OHDS IS HARASSING AND THREATENING PEOPLE WITH ILLEGAL NOTICES IN RETALIATION TO BEING REPORTED IN WHISTLEBLOWING CASE.

44

OHDS IS ALLOWING NONE LICENSED PERSONS TO PRACTICE LAW BY WRITING ADMINISTRATVIE RULES THAT CONFLICT WITH HIPPA RUES, DISABILITIY RULES, LABOR RULES, ON AND ON...ODHS IS GUILTY OF UNLAWFUL PRACTICE OF THE LAW.

45

OHDS HAS BREACHED SERVICE CONTRACTS BY HAVING MULTIPLE LAPSE IN CASE MANAGEMENT TAKE PLACE.

46

ODHS NEEDS TO BE MONITORED AS TO WHERE THEY ARE SPENDING MEDICAID AND MEDICARE FUNDS.

47

ODHS SHOULD BE FORCED TO FOFFER PROPER COST OF LIVING RAISES THAT ARE EQUIVALENT TO THOSE BEING MADE IN OTHER ODHS EMPLOYMENT ARENAS AND MAKE THE RAISES IN A TIMELY MANNER NOT SPREAD OUT OVER SEVERAL YEARS OR OVER THE LIFE OF THE CURRENT BARGININGIN CONTRACT.

48

ODHS WAS FULLY AWARE THAT PATRICK WAS BEING EXCESSIVELY CHEMICALLY RESTRAINED AND BATTERED BY TELEW MD AS MUTIPLE PROTECTIVE SERVICE COMPLAINTS WERE MADE AND OHDS FAILED TO INTERVENE. THE EXCESSIVE CHEMICAL RESTRAINT CAUSED HALDOL TOXICITY AND CAUSED PATRICK TO SPEND 16 DAYS IN REVIVERBEND HOSPITAL RECOVERING AS WEL AS HAS CAUSED PERMANENT BRAIN DAMAGE AND OTHER HEALTH ISSUES.

49

ODHS'S PROTECTIVE SERVICE OFFICER MARK PHINNEY RETALIATED AGAINST CHRISTINE FOR MAKING THE EXCESSIVE CHEMICAL RESTRAINT REPORT BY SENDING A SLANDEROUS DEFAMING LETTER TO YAMHILL PROBATE COURT CLAIMING CHRISTINE WA STHE CAUSE OF THE OVERDOSING OF HALDOL.

50

CHRISTINE HAD MADE MANY REPORTS TO PROTECTIVE SERVICES ABOUT PATRICK NOT BEING CHANGED, GOTTEN UP OUT OF BED FOR MEALS AND EVEN A BIZZARE INSIDENT WHERE HE SUPPOSEDLY FELL OUT A KITCHEN WINDOW AND BROKE HIS SCAPULA WHILE RESIDING IN A SISO GROUP HOME AND ODHS PROTECTIVE SERVICES FAILED TO INVESTIGATE AND INTERVENE. THE NOT GETTING UP AND FEEDING AND CHANGING HIS BREIF ENDED UP AS LIFE THREATENING MALNURISHMENT AND A STAGE 4 DECUBITUS OVER A PERIOD OF SIX MONTHS.

51

CHRISITNE TRIED TO REMOVE PATRICK FROM THE ABUSIVE NEGLECTFUL SITUATION AND GET THE RIGHT MEDICAL SUPPORTS AND AGAIN WAS MET WITH RESISTANCE AND RETAILATION BY MIKE PHINNEY AND PERI WILLIAMSON. PERI SIAD MARK PHINNEY HER SUPERVISOR SAID SHE COULD NOT ALLOW THE MOVE FROM SISO TO TAKE PLACE AND MARK PHINNEY RETALIATED AGAINST CHRISTINE BY TRYING TO LIMIT HER CONTACT WITH PATRICK BY MAKING UP FALSE STATEMENTS/REPORTS OF INAPPROPRIATE CONTACT MAKING ALL VISITS SUPERVISED. THIS DID NOT PREVENT CHRISTINE AND OTHERS SHE TAUGHT HOW TO AUTOMATIC REORT FROM MAKING MORE COMPLAITNS.

52

ODHS ALLOWED HOUSE MANAGER MISS WILLIAMSOM TO LIE ABOUT PATRICKS MEDICAL CONDITION THAT WARRANT WOUND CARE AS THEY KNEW CHRISTINES COMPLAINTES WERE FOUNDED AS PATRICK GOT A BEDSORE. MISS WILLAIMS CLAIMED IT WAS A LUMP THAT NEEDED TO BE BIOPSIED. CHRISITNE PULLED MEDICAL RECORDS AND IT WAS A STAGE 1 BEDSORE THAT KEPT GETTING BIGGER TO A STAGE 4 THAT WENT DOWN INTO THE FACEA AND THE BONE AS SISO DID NOT HAVE THE PROPER MEDICALLY TRAINED STAFF TO TAKE CARE OF SUCH A WOUND.

53

ODHS AGAIN RETALIATEDAND DENIED CHRISTINE HER RIGHT TO BRING PATRICK HOME TO LIVE WITH HER AFTER HE WAS DIAGNOSED TERMINALLY ILL BY RIVERBEND HOSPTIAL AND BLOCKED HER GUARDAINSHIP AND SENT HIM TO A NURSING HOME RATHER THAN ALLOWING HIM TO COME HOME TO DIE.

54

ODHS PROTECTIVE SERVICES AGAIN RETALIATED AGAINST CHRISTINE FOR MAKING A PROTECTIVE SERVICE COMPLAINT AGAINST DUNGARVIN STAFF FOR NOT TAKING PATRICK IN FOR EMERGENCY CARE FOR HEAD TRAUMA HE SUSTAINED A WEEK IN THEIR GROUP HOME. ODHS SENT A 40,000 OVER PAYMENT BILL BASED ON FOODSTAMP OVE PAYMENT AS THERE IS NO MEIDCIAL COVERPAYMENTS AS THEY ARE OFFSET BETWEEN THE DEPARTMENT AND THE NURSIN GFACILITY. CHRISTINE WAS TOLD SHE MUST PAY IT FOR PATRICKS RECOVERY FROM THE ABUSE AND NEGLECT HE SUFFERED AT SISO BECAUSE HE WAS IN THE NURSINGHOME ILLEGALLY AGAINST PASSR RULE. CHRISITNE DID NOT PLACE PATRICK THERE! ODHS DID AGAINST HER GUARDAIN WISHES! AND THE ACCOUNTANT AT THE NURSING HOME WAS PATRICKS PAYEE AT THAT TIME NOT CHRISTINE. DHS CONTINUED THEIR RANTING AND SERVICE OF ILLEGAL NOTICES AS WELL AS THREATS TO OTHER MEMBERS OF PATRICKS FAMILY. F

MULTIMPLE OAH HEARINGS TOOK PLACE AND AGAIN ILLEGAL APPLICATIO OF THE LAW AND ILLEGAL PROCEDURES TOOK PLACE SO THE DEPARTMENT WOULD PREVAIL. AN EXAMPLE OF THE ILLEGAL APPLICATION IS ODHS PUT PATRICK IN THE FILING GROUP STATING THEY TOOK HIS SITUATION UNDER ADVISEMENT. DEVELPMENTAL DISABLED INDIVIDUALS CAN NOT BE IN THE FILING GROUP! THEY CAN NOT READ WRITE ANDNORE UNDERSTAND ENOUGH TO MAKE DECISIONS OR PUT IN RELEVANT INPUT. THAT IS WHY THEY HAVE GARDIANS ARE COURT APPOINTED TO DO THESE DUTIES. WHICH AGAIN WAS NOT ALLOWED BY ODHS.

OAH OFFICE PLACED MADE AN ORDER STATING PATRICK MUST PAY 400000.00 DOLLARS BACK TO THE DEPARTMENT FOR HIS MEDICAL STAY IN THE NURSIGN HOME AND BEGAN SENDING OUT HARASSMENT LETTERS AND THREATS TO GARNISH HIS SSDI PAYNMENTS TO GET THE MONEY.

ODHS DID SERVE A WRIT OF GARNISHMENT ON PATRICK S SSDI SAVINGS ACCOUNT AND TOOK HIS MONEY AND THE SOCIAL SECURITY DEPARTMENT NOR ANYONE WLSE WOULD DO ANYTHING ABOUT IT.

55

AFTER SEVERAL COMPLAINTS OF DUNGARVIN STAFF NOT CHANGING PATRICKS BREIF AND HIM GETTING THE START OF BEDSORES AGAIN PROTECTIVE SERVICE OFFICER MARK PHINNEY SUGGESTED DUNGARVIN ADMINISTRATION TALK TO CHRISTINE ABOUT GETTING AN INDWELLING CATHETER FOR PATRICK. THIS WAS NOT A MEDICAL NECESSITY AND IT WAS FOR STAFF CONVENIENCE AS WELL AS WOULD GET DUNGARVIN MORE MONEY ALLOTTED TO HIM AS HE WOULD HAVE MORE MEDICAL TO DEAL WITH.CHRISTINE SAID NO THEY CAN NOT PUT IN AN INDEWELLING CATHETER A PRIME EXAMPLE OF LANE COUNTY PROTECTIVE SERVICES WAY OF RESOLVING ON GOING PROBLEMS IN THE FAVOR OF THE GROUP HOMES THEY MONITOR.

56

ODHS ALLOWS FINANCIAL VISTIMIZATION OF CLIENTS IN GROUP HOMES. MANY GROUP HOMES COLLECT ALL THE CLIENTS SSDI AND SSI BENEFITS FOR ROOM AND BOARD THAN GET PAID 45000.00 TO 75000.00 A MONTH FOR STAFFING THE CLIENT. MANY TIMES A CLIENT WILL BE LEVEL OF CARE THAT REQUIRES 2 TO 1 SERVICES OR ADVANACED TRAINED INDIVIDUALS BUT THE STAFFING THEY GET IS ENTRY LEVEL PEOPLE WITH LITTLE TO NO TRAINING AND OFTEN ONE STAFF MEMBER IS ASSIGNED TO SEVERAL CLIENTS AT ONE TIME WHILE THE OWNERS OF THE GROUP HOMES TAKE THE MONEY THAT IS TO BE SPENT ON THE CLIENTS CARE AND PAY OFF THE BUILDINGS SERVICES ARE BEING PROVIDED IN AND OTHER PERSONAL FINANACES. ODHS IS FULLY AWARE THAT THIS TAKES PLACE BUT CHOSES NOT TO ADDRESS IT.  IN PATRICKS CASE...HE PAID ROOM AND BOARD AND THAN ADDITIONAL FOR DAY PROGRAM OUT OF HIS SSDI THAT WAS SUPPOSED TO BE COVERED BY THE MONEY DUNGARVIN WAS GETTING FROM MEDICAID AND MEDICARE FOR HIS SERVICES. PATRICK WAS ALSO CHARGE 65.00 FOR A WILD LIFE SUFARI MONTHLY PASS HE RARELY USED AS HE WAS IN BED WITH BEDSORES WHILE HIS ROOMMATES WENT ON DAY TRIPS TO ROSEBURG. LEAVING HIM WITH 50.00 PERSONAL SPENDING OUT OF OVER 1000 SSDI MONEY.

57

AT ONE POINT CHRISTINE TOOK MARK PHINNEY TO SMALL CLAIMS COURT. LANE COUNTY COURTS ALLOWED HIM TO HAVE A LAWYER IN SMALL CLAIMS COURT CLAIMING HE WAS A GOVERNMENT EMPLOYEE SO IT IS ALLOWED. MR. DINGLE LIED UNDER OATH STATING ODHS IS NOT INCHARGE OF LICENSING THE GROUP HOMES PEOPLE RESIDE IN AND AGAIN IT WAS ALLOWED.

58

THE BARGINING AGREEMENT FOR HOME HEALTH CARE WORKERS OF OREGON IS ILLEGAL AND UNCONSTITUTIONAL BECAUSE IT BREAKS JUST ABOUT EVERY ACT AND LABOR LAW EVER WRITTEN. THE LANGUAGE IN THE CONTRACT IS CONTEMPTABLE AND BOARDERS ON VERBAL ABUSE, BULLYING, FORCED LABOR STARTEGIES AND LABOR ENFORCES LABOR TRAFFICKING. THE UNION COLLECTS FUNDS ILLEGALLY FROM THE WORKERS OF THIS GROUP AND MOST OF THE DUES COLLECTED OUT OF PAY CHECKS ARE EMBEZZLED BY ODHS.

59

ODHS CLAIMS TO HAVE A PROGRAM THAT REIMBURSES A PERSON FOR TRAVEL LODGING AND MEALS WHEN THEY ARE FORCED TO TRAVEL DISTANCES TO GET MEDICAL SERVICES. THIS SYSTEM DOESNOT EXIST AND THEY DO NOT REIMBURSE PEOPLE AND IF THEY DID WHAT THEY CLAIMED THEY WOULD DO MOTEL ROOM REIMBURSEMENT IS ONL 25.00 MEALS ARE 3.50 AND MILAGE 15 CENTS A MILE...OBVIOUSLY THIS PROGRAM IF IT REALLY DOES EXIST NEEDS A MAJOR OVERHAUL ON INFALTION COSTS AS THERE ARE NO MEALS FOR 3 50 CENTS OR GAS FOR 15 CENTS OR MOTEL ROOMS FOR 2500. CHRISTINE AND PATRICK MADE OVER 10 TRIPS TO PORTLAND AND STAYED IN MOTELS TWO AND THREE DAYS AT A TIME AND NEVER GOT REIMBURSED.EVEN THOUGH ALL PAPER WORK WAS SUBMITTED PRIOR TO THE TRIPS AND AGAIN AFTER.

60

ODHS IS FULLY AWARE THE LEVEL OF CARE THEY PREFORM ON A CLIENT IS AGAINST DISABILTIY ACT AS IT IS BASED ON A PERSONS FUNCTIONAL ABILITY AND THEIR MEDICAL DIAGNOSIS'S.

61

ODHS IS WITHHOLDING MEDICAL SERVICES  AND SUPPORTS FROM CLIENTS IN A PROTECTIVE CLASS WHICH IS ILLEGALS WHILE EMBEZZLEING MEDICAID AND MEDICARE MONEY TO HAVE WEEKEND RETREATS, HOLIDAY PARTYS, SEASONAL EVENTS. IT ALSO IS ABUSE AND NEGLECT OF A CLIENT.

62

ODHS S BRANCH OF OREGON ADMINISTRATIVE HEARINGS IS AN RACKETEERING CORRUPT BIAS ORGANIZATION CREATED TO SAVE THE ODHS MILLIONS OF DOLLARS EACH YEAR BY CONDUCTING UNFAIR HEARINGS AND GIVING ADMINISTRATIVE RULINGS IN "THE DEPARTMENTS" FAVOR EVEN WHEN THE DEPARTMENT HAS COMMITED ILLEGAL ACTS AGAINST THE CLIENTS THEY SERVE.

CLAIMS OF RELEIF

1

WHEN TRANSFERRING FROM LANE COUNTY DEVELOPMEMTAL DISABILITY SERVICES TO FULL ACCESS IN 2Q17 WE WERE LEFT WITHOUT CASE MANGEMENT FOR 4 MONTHS.

REMIDY: BREACH OF SERVICE CONTRACT PAY 10000.00

2

WHEN WE DID GET ASSIGNED A PERSONAL ASSISTANT SHE MADE A HOME VISIT AND THAN WE NEVER HEARD FROM HEARD AGAIN SO WE REQUESTED TO BE REASSIGNED TO A NEW CASE MANAGER AT FULL ACCESS.

3

WE GOT ASSIGNED TO A CASE MANAGER AND THINGS WERE GOING WELL UNTIL SHE SAID SHE WAS LEAVING FOR ANOTHER JOB THAN MIKE SHUGRUE PA SUPERVISOR AT THE TIME BEGAN HARASSING US ABOUT PATRICK BEING THE EMPLOYER OF RECORD AND HOW I COULD NOT BE GUARDAIN AND GET PAID, AND HOW ISP REPRESENTATIVES COULD NOT LIVE A CERTAIN MILES AWAY.

4

MIKE SHUGRUE WITH FEMALE COWORKERS MADE MULTIPLE HOME VISITS HARRASSING CHRISTINE ABOUT HOW THE WAY THE CASE WAS SAT UP BY TIFFANY BROWN THE PREVIOUS FULL ACCESS PA AND WAS TRYING TO COERSE AND USE GROUP HOME BY LAWS AS HOMEHEATH K PLAN RULES WHICH WAS INAPPROPRIATE. IT WAS OBVIOUS THAT MIKE SHUGRUE DID NOT HAVE THE EDUCATION OR TRAINING FOR HIS POSITION AS PERSONAL AGENT SUPERVISOR.

5

THE HOME VISITS WOULD TURN INTO HEATED DEBATES WHICH WOULD TAKE PLACE IN FRONT OF PATRICK AND OTHER STAFF. PATRICK WOULD GET STRESSED AND HAVE RAYNAUDS ATTACKS AND STAFF WOULD GET STRESSED OUT AS WELL SO CHRISTINE FINALLY TOLD MIKE SHUGRUE. NO MORE HOME VISITS. EMAILS OVER, THE PHONE OR PERSON TO PERSON CONTACT IN THEIR OFFICE AWAY FROM PATRICK AND VISITING STAFF MEMBERS.

REMIDY: FOR HARASSMENT, RETALIATION, AND TRYING TO COERSE, PHYSICAL ASSUALT HAPPENING TO PATRICK THE STRESS GUARDAIN AND STAFF WAS PUT UNDER 25,000.00

6

THE PREVIOUS CASE MANAGER TIFFANY BROWN SAT THE CASE UP CORRECTLY. ODDS AND OHA CONFIRMED THAT SHE HAD. YET MIKE SHUGRUE CONTINUED HARRASSING AND CLAIMNG THINGS WERE NOT SAT UP CORRECTLY AND THAT CHRISTINE COULD NOT BE PAID FOR FILLING IN WHEN THERIR WAS NOT STAFFING.

7

TWO MONTHS AFTER TIFFANY HAD RESIGNED AS CARE MANAGER WE WERE ASSIGNED ANOTHER CASE MANAGER MISS AIKEN WHO AGAIN WAS NOT DOING HER JOB. AND OUT OF THE OFFICE MORE THAN SHE WAS IN.

REMIDY: BREACH OF SERVICE CONTRACT 10,000.00

8

WE SENT OVER 15 PEOPLE WE HAD INTERVIEWED AND HIRED OFF OF THE OREGON HEALTH CARE COMMIISION REGISTRY TO GET PROCESSED AND NO ONE WOULD GET PROCESSED. THESE ARE PEOPLE HAD THEIR BACKGROUND CHECKS AND EMPLOYEE NUMBERS ALREADY AND SOME HAD OTHER CLIENTS THEY WERE WORKING FOR AND SHOULD HAVE BEEN ABLE TO WORK FOR US WITH IN 10 DAYS TOPS.

REMIDY PAY 75,000.00 5,000.OO FOR EACH PERSON NOT PROCESSED AND WE LOST AS EMPLOYEES

9

· A COMPLAINT WAS MADE WITH ODDS AND OAH ABOUT WORKERS NOT BEING PROCESSED WITHIN THE 10 DAYS TOODDS AND OAH AND ABOUT THE MULTIPLE HARASSING VISITS BY MIKE SHUGRUE AND VARIOUS FEMALE CO WORKERS WERE HARASSING TRYING TO APPLY GROUP HOME REGULATIONS.

10

BILL ONE OF THE DIRECT CARE TEAM GOT INTO A DISPUTE WITH THE CASE MANAGER AND THE END RESULT WAS WE AGAIN ASKED FOR A NEW CASE MANAGER AS MISS AIKEN WOULD NOT ADRESS ANY OF THE ISSUES BILL WAS COMPLAINING ABOUT..

11 .

DURING THE TIME MISS AIKEN WAS CASE MANAGING WE HAD A DIRECT CARE WORKER LEAVE PATRICK IN HER CAR UNSUPERVISED FOR A LONG PERIOD OF TIME AND THE POLICE WERE CALLED ON HER.WE TERMINATED EMPLOYMENT SERVICES PENDING A LANE COUNTY PROTECTIVE SERVICE INVESTIGATION AND NEVER GOT THE RESULTS OF THAT INVESTIGARION UNTIL 8 MONTHS LATER.

REMIDY: FOR NOT PROVIDING A PROTECTIVE SERVICE INVESTIGATION IN A TIMELY MANNER 50,000.00

12

MIKE SHUGRUE NEVER ASSIGNED US A NEW CASE MANAGER UPON MISS AIKENS BEING TERMINATED FROM OUR CASE MANAGEMNT.

REMIDY: BREACH OF SERVICE CONTRACT 10,000.00

13

PATRICK S INDEPENDENT SUPPORT PLAN AND LEVEL OF CARE WAS TO BE COMPLETED BEFORE JULY 1ST AND NO ONE GOT ASSIGNED.MIKE SHUGRUE SAID HE WOULD FILL IN AND UPON ARRIVAL TO DO THE ISP AND LOC HE BROUGHT A CASE MANAGER NAMED MELISA WHO HE SIAD WOULD BE THE NEW CASE MANAGER. SHE BEGAN THE PROCEEDINGS BY STATING SHE CAN NOT STAY AND WILL BE LEAIVING SOON. CHRISTINE GAVE HER A TOUR OF PATRICK'S LIVNG AREA AND THAN SHE EXCUSED HERSELF AND LEFT. LEAVING MIKE SHUGRUE WITH CHRISTINE JASON PATRICK AND ANGELA THE ISP REPRESENTATIVE MIKE DID NOT HAVE A LAP TOP JUST A YELLOW PAD OF PAPER AND PEN AND THE ISP AND LOC WAS NOT DONE TRADITIONALLY HE JUST AKED QUESTIONS AND JOTTED DOWN NOTES THAN STATED HE WOULD GO BACK TO THE OFFICE PUT HIS NOTES INTO THE COMPUTER THAN SEND A COPY TO US TO SIGN. HE LEFT IN ABOUT 15 MINUTES AFTER MELISSA. LOC AND ISPS UUSALLY TAKE 2 HOURS OR MORE.JULY CAME AND WE COULD NOT ENTER TIME WORKED INTO EXPRS AFTER SEVERAL PHONE CALLS WE FOUND OUT THAT MIKE HAD NOT DONE ENTERED THE INFORMATION HE SIAD HE WOULD AND HE HAD NOT MADE ANY CONTRACTS. CHRISTINE LODGED A PROTECTIVE SERVICE COMPLAINT AS THEY LOST HALF THEIR DIRECT CARE TEAM OVER MIKES FAILURE TO DO HIS JOB.

REMIDY: BREACH OF CASE MANAGEMENT CONTRACT 50,000.00

PAGE 17

14

UPON COMPLAINING ABOUT MIKE NOT DOING HIS JOB WE GOT A PHONE CALL FROM HIS SUPPERVISOR SAYING THAT MIKE SAID HE COULD NOT CONDUCT THE ISP AND LOC AS THERE WAS A PERSON LAYING ON THE COUCH WATCHING TV ON EXCESSIVE VOLUME AND CHRISTINE SAID SHE WOULD NEED TO LEAVE SOON. (ALL THIS WAS A LIE) (RETALIATION)

REMIDY: 10,000 TO ANGELA, JASON, CHRISTINE AND PATRICK A TOTAL OF 40,000.00

15

ANGELA THE ISP REP TRAVELED ALL THE WAY FROM COOS BAY TO BE AT THIS MEETING THAT WAS TO BE 2 HOURS OR MORE THAT LASTED LESS THAN A HALF HOUR. AND THE TV WAS OFF. ODHS DOES NOT REIMBURSE HER FOR MILAGE OR PAY HER ANY KIND OF WAGE OR STIPEND FOR PERFORMING ISP REPRESENTATIVE DUTIES. AN ISP PERSON IS EQUIVALENT TO A MC DONALDS MANAGEMNT PERSON WHO GETS 55,000.00 A YEAR.

REMIDY: STOP LABOR TRAFFICKING AND MAKE ISP REPRESETATIVES POISTION PAID ONE

16

MIKE FINALLY DID THE LOC BUT HE DROPPED PATRICKS LEVEL OF CARE DOWN TO ENHANCED FROM EXCEPTIONAL CAUSING THE LOSS OF ANOTHER WORKER AS HE COULD NOT CONTIUE TO GET PAID 18.00 AN HOUR AND CONTINUE HIS CLASSES DUE TO THE BRAGINING AGREEMENT. MIKE DID NOT GIVE 30 DAY NOTICE OF THE CHANGE TO GUARDAIN OR CLIENT WHICH IS REQUIRED BY MEDICAID CARE PLAN RULES. MIKES SUPERVISOR THAN DEROPPED THE LOC FROM ENHANCED DOWN TO THE LOWEST LEVEL POSSIBLE IN RETALIATION TO CHRISTINE COMPLAINING ABOUT FULL ACCESS NOT PERFORMING THEIR CASE MANAGEMENT DUTIES. THIS SECOND DROP IN THE LOC LOCKED CHRISITNE OUT OF HER PAY RAISE AS SHE HAD JUST FINISHED THE ENHANCED COURSE AND WAS TOLD THAT FULL ACCESS WOULD CHANGE HER PAY THEY DID THE LOC AND ISP AMONTH AND A HLF LATER.

REMIDY: FOR DISCRIMINATIN AND VILATION OF K PLAN REGULATION AND THE LOSS OF WAGES AND TRAINING 50,000.00 PAID TO BILL..PAY CHRISITNE ALL THE WAGES SHE WOULD HAVE GOTTEN UNTIL HER ENHANCEMENT EXPIRED AT THE ENHANCEMENT RATE AND 9 PERCENT INTERST.

17

A PROTETIVE SERVICE COMPLAINT WAS MADE AGAIN TO MARK PHINNEY ABOUT MIKE USING THE ANA WHICH WAS PHASED OUT TWO MONTHS PRIOR BY ODDS AND OHA AND MIKE ALSO HAD TAMPERED WITH THE ANA CHANGING PATRICK'S DUCTIONING LEVEL STATING HE WAS INDEPENDENT TOILETING WHEN HE WEARS BREIFS AND IS A 1 TO 2 PERSON ASSIST.

REMIDY: 50,000.00 TO CHRISTINE FOR HAVING TO GET DOCUMENTS PUT TOGTHER AND PREPARE TO MAKE SUCH A MOVE AS WELL AS TARNISH HER INTEGRITY EVEN MORE AS A WHISTLE BOLOWER ON ILLEGAL ACTS.

PAGE 18

18

MARK PHINNEY CALLED OVER TO FULL ACCESS AND TOLD THEM THEY NEEDED TO GET AN OREGON NEEDS ASSESSMENT SCHEDULED BY AN INDEPENDENT ODHS WORKER NOT PART OF FULL ACCESS. THE ONA WAS SCHEDULED AND TOOK 3 AND A HALF HOUR TO COMPLETE. IT WAS TO BE BACK IN 1 WEEK AND THE EVALUATOR WAS SPECIDFIC ABOUT THE PROCEEDURE AS SHE EXPLAINED THAT SHE WILL ASK INFORMATION PUT IT INTO THE COMPUTER AND ADD SOME NOTES TO IT SEND IT TO SALEM TO BE APPROVED. NO ONE ELSE WILL SEE THE PERSONAL HEALTH INFORMATION GIVEN JUST HER AND THE PERSON APPROVING HER ASSESSMENT. THE EVEALUATOR SAID THAT THE RESULTS FROM THIS ASSESSMENT STANDS IN PLACE FOR 5 YEARS. AND AT THIS TIME EVEN IF HE SCORES HIGHER THAN HE DID ON OTHER ASSESSMENTS HIS HOURS AND LEVEL OF CARE WILL NOT CHANGE.

AT THAT POINT A BREIF DISCUSSION ABOUT THE 3 PRIOR ONAS TOOK PLACE AND HOW THEY ALL COME BACK EXCEPTIONAL NEED. THE EVALUATOR STATED THAT SHE ALSO WILL BE RECOMMENDING EXCEPTIONAL NEEDS BASED ON HER OBSERVATIONS AND COLLECTION OF DATA. WE LEFT FEELING CONFIDENT THAT THE LEVEL OF CARE WOULD BE RESTORED EVERYONE WILL GET THE CORRECT PAY COMING TO THEM AND BE ABLE TO CONTINUE TRAININGS THAT WOUOLD BE AT A LEVEL TO SUPPORT PATRICK NEEDS.

WE DID NOT GET THE RE5ULTS OF THE ONA THAT WAS SUPPOSED TO HAVE BEEN BACK IN 2 WEEK UNTIL 3 MONTHS LATER AND WHEN GOT THE RESULTS AND IT HAD COME BACK EXCEPTIONAL NEEDS JUST LIKE THE 3 PRIOR BUT A TRANSMITTAL WAS ATTACHED TO IT AND MIKE HAD CONTACTED SOMEONE AND WANTED CLARIFICATION ON SCORING OF IT AND ALSO A TRANSMITTAL WAS ATTTACHED TO IT STATING NO CLIENTS WILL BE GETTING EXCEPTIONAL NEEDS OR ENHANCED LOC STATUS UNTIL THEY FIGURE OUT HOW TO FIX A PROBLEM AT A LATER DATE. IT INSTRUCTED ODHS WORKERS TO BREAK ADMINISTRATIVE RULES AND NOT TELL PEOPLE ABOUT THE ISSUES WITH THEIR NEW PILLOT PROGRAM THAT HEY HAD SPENT BILLIONS OF DOLLARS ON AND LEID ABOUT HOW CLEITNS AND OWRKERS CAN STILL ACCESS THE SUPPORTS THAT THE CASEMANGEMENT CAONTRACTS SAID THEY WOULD.

REMIDY: CRIMINAL CHARGES BE PUT AGAINST MIKE SHUGRUE FOR TAMPERING WITH ONA ASSESSMENT AND INPEDING THE RESULTS TO THE CLIRNT GUARDAIN AND CARE TEAM PAY 75000.00

19

THE SQUABBLING OVER ISP REPRESENTATIVE AND GUARDIAN AS WORKER CONTINUED AND ODDS AND OAH WAS IN THE MIDDLE OF THINGS YET NOTHING GOT RESOLVED SO ANOTHER PROTECTIVE SERVICE COMPLAINT WAS MADE AS WELL AN ADMINISTRATIVE HEARING REQUEST AS JULY HAD DONE GONE BY AND WE STILL HAD NO WORKING ISP LOC OR YEARLY CONTRACTS OR FUNCTIONAL ISP.

REMIDY: PAY 50,000.00 FOR CHRISITNE HAVING TO AGAIN AUTOMATIC REPORT ILLEGAL ACTS OF ODHS AND TARNISHING HER INTEGRITY AND BEING LABELED AS A WHISTLEBLOWER.

20

FULL ACCESS RETALIATED BY TAKING WAY PATRICKS TWO ON ONE SERVICE. ANOTHER PROTECTIVE SERVICE COMPLAINT WAS MADE.

REMIDY: 50,000.00 AND 20,000.00 FOR THE LOSS OF STAFF AND 25,000 FOR FORCED LABOR MAKING WORKERS ENDANGER THEMSELVES AND PATRICK TRYING TO DO 2 PERSON TASKS WITH JUST ONE PERSON.

21

FULL ACCESS WAS FINALLY GETTING CONTACTED BY ODDS AND OHA WHO WERE TELLING FULL ACCESS TIFFANY BROWN HAD SAT UPT THE CASE CORRECTLY AND THAT THEY NEEDED TO SETTLE THE DISPUTES PROMPTLY. CHRISTINE PATRICK AND JASON ATTENDED TWO MEETINGS WHICH ENDED UP IN HEATED DEBATES AND PATRICK HAVING RAYNAUDS ATTACKS. CHRISTINE SAID NO MORE MEETINGS AT IS WAS EFECTING NOT ONLY PATRICK;S HEALTH BUT HER OWN DUE TO THE STRESS AND NON STOP HARASSMENT RETALIATION AND TRYING TO GET BY ON LESS THAN SUPORTS FULL ACCESS WAS OFFERING.

AT ONE POINT CHRISTINE WAS THREATENED THAT IF SHE DID NOT ATTEND A MEETING DOWN AT FULL ACCESS THAT THEY WERE GOING TO TAKE PATRICK AND PUT HIM BACK INTO AN INSTITUTION. SO SHE WENT AND WAS TOLD BY THE CEO THAT THEY DO NOT HAVE THE POWER TO PULL PATRICK AND PUT HIM BACK IN AN INTITUTION IN THE MIDDLE OF THE HEATED DISCUSSION WHERE MIKES SUPPERVISOR IS BLURTING OUT I AM NOT GOING TO LOSE MY EMPLOYMENT OVER THIS. PATRICK S THE EMPLYER OF RECORD HAD SCOOTED AWAY FROM THE TABLE AND UP AGAINST THE WALL AND WAS HAVING A RAYNAUDS ATTACK AGAIN. CHRISTINE JASON AND PATRICK ALL LEFT THE MEETING WITHOUT GETTING ANYTHING SETTLED.WITH CHRISTINE STATING THE ONLY REASON SHE CAME TO THE MEETING WAS DUE TO THE THREAT OF THEM TAKING PATRICK AND PUTTING HIM BACK IN AN INSTITUTION AND THAT SHE WOULD BE SEEING THEM IN AN OREGON ADMINISTRATIVE HEARING TO SETTLE THE MATTERS

MIKE SHUGRUE SANDY CEO AND MELISSA MIKES SUPERVISOR WHERE PRESENT FOR FULL ACCESS IN THIS MEETING AND ALL OF THEM SEEM TO HAVE NO CLUE AS TO HOW HARD IT IS TO FOLLAW A MEDICAL DOCTORS INSTRUCTIONS OF HAVING TWO STAFF PEOPLE ASSIST PATRICK DURING ALL AWAKE HOURS WHEN FULL ACCESS IS ONLY ALLOWING ONE. HOW TIRED A PERSON CAN GET DOING DAY AFTER DAY RESPITE CARE BECAUSE WE LOST 3 TEAM MEMBERS OVER FULL ACCESS ILLEGAL CASE MANAGEMENT AND ODDS AND OHA FAILURE TO GET SOMEONE DOWN FROM THEIR OFFICE TO FACILITATE GATE KEEP ON THE MEETINGS THAT WERE TAKING PLACE.

RIMIDY INTIMIDATION/BULLYING/THREATENTING PAY 25,000.00

22

NOVEMEBR OF 2018 WE WERE TOLD KRISTI K WAS GOING TO BE OUR NEW CASE MANAGER. THIS WAS ONE OF MIKE SHUGRUES FEMALE CO WORKERS THAT HAD VISTED OUR HOME SEVERAL TIMES WITH HIM HARRASING US WITH GROUP HOME RULES AND CLAIMING TIFFANY BROWN HAD SAT UP THE CASE INCORRECTLY. WE WERE NOT HAPPY SHE WAS BEING ASSIGNED TO US DUE TO HER PAST ACTIONS WITH MKE BUT A CASE MANAGER IS BETTER THAN NO MANAGER. CHRISTINE FELT IS WAS A CONFLICT OF INTERST BUT WENT WITH IT ANYWAYS. KRISTI K AND MELISSA AND SANDY GOT THE ADMINISTRATIVE HEAING REQUEST MOVING SOME 6 MONTHS AFTER IT WAS FIRST MADE. THE PACKET RECEIVED WITH THE DEPARTMENTS EXHIBITS WAS FILLED WITH DECEPTION AND TAMPERING OF PAPERWORK AND IT WAS BASICALLY CONSTRUCTED BY MIELLISSA AND SANDY THE CEO WHO HAD ALSO MADE PERSONAL DEFAMING AND SLANEROUS COMMENT ABOUT CHRISTINE IN THE DOEUMNETS.

RIMIDY: CRIMNAL CHARGES FOR ALTERING DOCUMENTS AND CLAIMING FALSE SERVICES PAY 25,000.00

23

ONCE INFRONT OF THE ADMINISTRATIVE JUSGE THE JUDGE WOULD NOT ADDRESS THE ISSUES THE HEARING REQUEST WAS FOR AND WAS PREJUDICE FOR THE DEPARTMENT. BEFORE THE JUDGE COULD WRITE THE FINAL ORDER THEY WERE NOTIFIED THAT PATRICK HAD FALLEN AND BROKEN HIS HIP AND THAT IT WAS A DRECT RESULT FROM FULL ACCESS, ODDS, OHA, AND THE OAH NOT ALLOWING THE LEVEL OF CARE PRESCIRBED NY HIS MEDICAL DOCTOR.

24

WHILE AT RIVERBEND HOSPITAL NO ONE COULD REACH KRISTI K TO ARRANGE SERVICES FOR AFTER CARE. CHRISTINE THE HOSOPTIAL ADMINISTRATOR AND THE INSURANCE PEOPLE ALL WERE TRYING TO GET AHOLD OF KRISTI K. 1 WEEK LATER SHE FINALLY ANSWERS THE PHONE AND CLAIMS SHE DOES NOT HAVE A BACK UP WORKER AND SHE WAS OUT SICK WITH LAYYNGITIS. BY THIS TIME CHRISTINE WAS EXPERIENCING DAHJAVHOO...AS THE HOSPITAL WAS SAYING PATRICK COULD NOT REMAIN IN THE HOSPITAL AS HIS SURGERY WAS COMPLETE AND INSURACE WOULD NOT KEEP PAYING AND IF WE CHODE TO STAY WE COULD END UP PAYING THE HOSPITAL BIILL AND THEY WASN TO TRANSFER HIM TO A NURSING HOME FOR REHAB. CHIRISTINE BEGAME PHSICALLY ILL FROM THE STRESS. AS LAST TIME THEY PUT PATRICK IN A NURSING HOME SHE WAS THREATENED HER FAMILY WAS THREATENED HER DAD MURDERED OVER THE PASSR NON COMPLAINCE AND PATRICK ILLEGALLY EVICTED DUE TO ODHS TURNEING OFF HIS MEDICAID AND MEDICARE COVERAGE. PATRICK BEING TRANSFERRED WITH NO MEDICAL SUPPORTS IN PLACE AND SUSTAINING LIFE THREATENIING HEAD INJURY WITHIN A WEEK OF RESDIDNECY, THAN PATRICK BING HIT WITH A 40000.00 OVER PAYEMTN TO THE NURING HOME!

YES CHRISITNE WAS MORE THAN ADIMAT THAT PATRICK WAS NOT GOING TO A NURSING HOME AND HE WOULD BE REMAINING IN THE HOSPIITAL UNTIL PROPER SUPPORTS ARE IN PLACE AT HOME FOR HIM.

PATRICK HIMSELF IS VOMITING AND THESE PEOPLE AT FIRVERBEND WANT TO MAKE HIME LEAVE??

REMIDY PAY  100000.00

PAGE 21

25

KRISTI K SAID SHE WOULD PUT IN AN EMERGENCY EXCEPTION AND IT WOULD BE BACK WITH IN 24 TO 48 HOURS FROM ODDS AND OHA WHICH WOULD TURN UP THE HOURS OF CARE THE AMOUNT OF STAFFING WE COULD HAVE AND GET US SOME EQUIPMENT TO USE 3 MONTHS LATER THIS EXCEPTION PUT INTO ODDS/OAH WAS NOT BACK YET. IT CAME BACK 6 MONTHS LATER AND SAID IT WAS GOOD UNTIL THE END OF THE ISP PERIOD WHICH WAS IN 10 DAYS.

DURING THIS TIME CHRISTINE HAD WHIPED OUT HER SAVINGS PATRICKS SAVINGS AND HIRED OUT OF POCKET STAFFING TO MOVE PATRICK AROUND AT HOME TO GET BY.

REMIDY: PAY CHRISTINE AND PATRICK 100,000 A PIECE 10,000  FOR EACH MONTH THEY WAITED FOR ASSISTANCE AND TO REAPLCE THEIR LIVING EXPENSE MONEY THEY WERE FORCED TO PAY OUT TO OTHERS FOR HELP.

26

CHRISITNE AGAIN LODGED A PROTECTIVE SERVICE COMPLAINT AND THIS TIME IT WAS REFERRED OUT TO LINNN COUNTY FOR INVESTIGATION. KRISTI K WANTED TO BE AT THE MEETING WITH THE INVESTIGATOR BUT CHRISTINE TOLD HER NO AS SOME OF THE COMPLAINTS WERE AGAINST HER CASE MANAGEMENT.

WHEN THE INVESTIGAOTR ARRIVED THE INVESTIGATOR WAS UNDER FALSE PRETENSE THAT THE DEPARTMENT HAD REQUESTED THE INVESTIGATION NOT CHRISTINE.SO CHRISITNE STRAIGHTENED THAT OUT AND BEFORE THE INVESTIGATOR LEFT SHE SUGGESTED TRANSFERING BACK TO LANE COUNTY DEVELOPMENTAL DISABILITY SERVICES.

AFTER A SHORT TEAM MEETING IT WAS DECIDED PATRICKS CASE WOULD TRANSFER BACK TO LCDD. THE ARRANGEMENT WERE MADE AND A TRANSFER DATE WAS SET. THE DATE CAME AND FULL ACCESS CLAIMED THAT THEY COULD NOT TRANSFER THE CASE AS AN EXIT INTERVIEW HAD NOT TAKEN PLACE.PATRICK JOHNSON THE CASE MANAGER SUPERVISOR FOR LANE COUNTY DD SAID WE DID NOT NEED AN EXIT INTERVIEW AND THAT HE COULD NOT DO ANYTHING UNTIL FULL ACCESS TANSFERS THE CASE. PATRICK JOHNSON ALSO STATED THAT HE WOULD BE OUR CASE MANAGER UNTIL HE COULD GET US ASSIGNED TO ONE OF LCDD CASE MANAGERS. WE HAD PATRICK JOHNSON AS OUR CASE MANGER FOR OVER 5 MONTHS AFTER THAT.

PATRICK JOHNSON THE DEPARTMENT WAS HARASSING AND STALLING FOR MORE TIME TO COMPLETE THE NECESSAY DOUMENTATION IN THE FILE BEFORE TRANSFERING IT OVER TO LCDD AND AS A RESULT THE DIRECT CARE TEAM WAS TOLD THEY WOULD BE WITHOUT PAY AGAIN. PATRICK SUGGESTED WE GO WITHOUT PAY AND THAN ALLOW HIM TO BACK DATE THE CONTRACTS JUST LIKE FULL ACCESS WAS SUPPOSED TO DO. I REMINDED HIM THAT PATRICK WAS THE EMPLOYEE OF RECORD AND THAT IT IS THE DEPARTMENTS JOB TO DO HIS ADMINISTRATVE STUFF FOR HIM.AND THAT OUR TEAM WILL BE APPLYING FOR UNEMPLOYMENT BENEFITS UNTIL HE GETS THING FIXED.LESS THAN ONE WEEK LATER WE ARE TOLD WE ARE IN THE SYSTEM AND WE WILL BE GETTING PAID.

REMIDY 50,000.00 FOR PROTECTIVE SERVICE COMPLAINING, CRIMINAL CHARGES AGAINST ODHS FOR TAMPERING WITH PROTECTIVE SERVICE INVESTIGATION.

27

PATRICK JOHNSON WAS LIKE MIKE SHUGRUE...DID NOT HAVE THE TRAINING FOR HIS POSTION AND WAS NNOT PROVIDING CASE MANAGEMENT SERVICES BY THE DEADLINES AND WAS OUT OF THE OFFICE/UNAVAILABLE MORE THAN HE WAS IN. AFTER AGAIN NUMENROUS COMPLAINTS THAT WE WERE NOT GETITNG ASSIGNED TO A CASE MANGER THAT COULD PROVIDE CONSISTANT CASE MANGEMENT WE FINALLY GOT ASSIGNED TO GRETTA HILTY. AND THINGS GOT CONSIDERABLELY BETTER FROM THEIR.

REMEDY BREACH OF CASE MANAGEMENT AGREEMENT 50,000.00

### COMPLAINTS MORE ABOUT ODDS OAH AND OHA AND THE SYSTEM ITSELF

28

ODHS PROMOTES FORCED LABOR AND LABOR TRAFFICKING AS WELL AS MAKES ILLEGAL ADENDUMS TO THEIR CONTRACTS CONFLICTING WITH THEIR ADMINISTRATIVE LAWS.

REMIDY CRIMINAL CHARGES FOR TAMPERING WITH SERVICE CONTRACTS FOR BREAKING THEIR OWN ADMINISTRATIVE RULES 25,000.00

29

ODHS MAKES HOMEHEALTH CARE WORKERS WORK OUT OF THEIR SCOPE OF PRACTICE AND IMPEDES PERSONAL ENRICHMENT/ADVANCEMENT IN THEIR FIELD OF PRACTICE.

REMIDY STOP FORCED LABOR AND LABOR TRAFFICKING DEEM THE BARGINING CONTRACT UNCONSTITIONAL AS IT BREAKS EVERY LABOR LAW WRITTEN IT CONTAINS CONTEMPTABLE DICTATION LANGUAGE AND BULLIES AND COERSES AND SEGRAGATES AND DISCRIMINATES PAY 50,000.00

30

ODHS DISCRIMINATES AGAINST CLIENTS THAT WHOSE TO RECEIVE CARE AT HOME RATHER THAN AN INSTITUTION.

REMIDY STOP STEERING/SEGRATION/ ISOLATION/FORCED LABOR/ LABOR TRAFFICKING/ AND FOR VILATING THEIR OWN ADMINISTRATIVE RULE OF FREEDOM OF CHOICE CLEITN DIRECTED SERVICES 50,000 TO CLIENTS AND THEIR FOSTERCARE/GUARDIANS/ PEOPLE THAT PROVIDE SHELTE FOR THE CLIENTS.

31

ODHS FORCES WORKERS TO WORK FOR FREE OR FOR SUBSTANDARD WAGES AND WITHOUT PROPER EQUIPMENT.

REMIDY FINE ODHS FOR EVEY VIOLATION IN THE AMOUNT OF 10,000

32

ODHS HAS NOT PROVIDED ANY PANDEMIC ADJUSTMENTS FOR WORKERS THAT ARE BEING FORCED TO CARRY EXCESSIVE HOURS OF CARE TO PREVENT ABNDONMENT OF THE CLIIENT.

REMIDY PAY WORKERS FOR ALL THE EXTRA HOURS THEY HAVE BEEN FORCED TO WORK DURING SHELTER IN PLACE AND PANDEMIC AND CALL IN AND STAFF LEAVING FOR SAFETY REASONS TWICE THE AMOUNT CLAIMED FOR CHRISITNE THE AMOUNT IS AROUND 90000.00 THAT ODHS HAS DENIED...BUT WILL BE MUCH MORE BY THE TIME THIS GOES TO COURT.

33

ODHS DUPILICATES SERVICES.WASTING MEDICAID AND MEDICARE DOLLARS.

REMIDY STOP DUPLICATION OF SERVICES/WASTE OF MEDICAID AND MEDICARE DOLLARS FINE ODHS BRANCHES THAT CLAIM DUPLICATE SERVICES TO GET EXTRA FUNDING.ASSIGN A QUALITY IMPROVEMENT PERSON TO AUDIT MONITOR SERVICES MONEY IS SUPPOSED TO BE USED FOR.

34

ODHS EMBEZZLES MEDICAID AND MEDICARE DOLLARS BY CLAIMING THEY PROVIDE PROGRAMS THEY DO NOT PROVIDE.

REMIDY PAY CLIENTS AND DIRECT CARE WORKERS 25,000.00 FOR EACH PROGRAM THEY ARE TOLD EXISTS BUT CAN NOT ACCESS-TRAVEL REIMBURSEMENT, DISABILITY/MEDICAL MONEY TO HELP PAY FOR MEDICAL ACCOMMODATIONS

35

ODHS EMBEZZLES WORKERS PAY BY DENYING TO PAY THEM

REMIDY PAY THE DENIED HOURS TURNED IN TIMES 2 AND 9 PERCENT INTERST.

36.

ODHS HAS CASE MANAGERS ARE PRACTICING UNLAWFUL MEDICINE AND ABUSING CLEINTS AND DIRECT CARE WORKERS BY NOT FOLLOWING MEDICAL DOCTORS ORDERS. THEY ARE NOT LICENSED WITH THE STATE OF OREGON TO MAKE MEDICAL DECISIONS THAT ARE IN CONFLICT WITH LICENSED MEDICAL PHYSICIANS.

REMIDY FOR EACH VILATION PAY CLIENT AND DIRECT CARE WORKERS 25,000.00

37

OAH OFFICE IS CURRUPT PREJUDICE ORAGANIZATION THAT TAMPERS WITH WITNESSES AND WRITTEN CORRESPONDENCE AS WELL AS USES THE LAW IN UNLAWFUL WAYS. TWO OR MORE JUDGES COLLECT SALLARIES 217 PERCENT HIGHER THAN THE MEDIAN FOR OREGON LAW JUDGES. WHICH IS RACKETEERING AND THE DEPARTMENT AGENCIES ARE ALLOWING SUCH EROUNEOUS WAGES IN EXCHANGE FOR PREJUDICE TRAILS IN THE DEPARTMENTS FAVOR.

REMIDY ELIMINATE THE OFFICE COMLETELY. PAY 75,00 DOLLARS FOR EACH ILLEGAL APPLICATION OF THE LAW, 50,000 FOR EACH PREJUDICE/BIAS/DISCRIMNATORY/UNACCOMMODATING OF A PERSONS DISABILITY. PAY 100,000 FOR EACH CASE THAT CONTAINS LIBAL SLANDER AGAINST THE PERSON WHO IS NOT A DEPARTMENT PERSON WHO ILLGAL CRIMINAL ACTS WERE COMMITED AGAINST FOR EACH CASE PROVEN AND LDGE CRIMINAL CHARGES AGAINST JUDGES AS WELL AS MAKE THE OREGON STATE BAR BEING THEM UP ON DISCIPLINARY ACTION.

38

ODHS HAVE DEPARTMENT REPRESENTATIVES REPRESENTIGN THEM IN OAH HEARINGS THAT ARE NOT LICENSED WITH THE STATE OF OREGON TO PRACTICE LAW.

REMIDY PERSONS THAT HOLD LAWYERS CERTIFICATION SHOULD NOT BE ALLOWED TO BE PRACTICING AS ADMINISTRATIVVE JUDGES IN A OFFICIAL CAPCITY FOR THE DEPARTMENT. THEY ARE FRAUDING THE SYSTEM BY CLAIMING TO BE EXEMPT AND STILL WORKING IN A OFFICIAL CAPCITY.

39

A DIRECT CARE WORKER CAME INTO OUR HOME AND CLAIMED MIKE SHUGRUE HAD BECOME THE PRESIDENT OF FULL ACCESS BROKERAGE AND GAVE HIME A 15,000.00 SIGN ON BONUS.AS WELL AS MADE SOME OTEHER CLAIMS ABOUT MEDICAID AND MEDICARE DOLLARS BEING SPENT ON VARIOUS EVENTS RAHTER THAN GOING TO THE CLIENTS AND DIRECT CARE WORKERS. SHE ALSO COMPLAINED THAT FULL ACCESS WOULD PAY HER THAN GO BACK 3 MONTHS AND SAY SHE WAS OVER PAID AND TAKE MONEY FROM HER CURRENT CHECKS.

REMIDY INVESTIGATE AND SEE IF HER RAMBLING ARE ACCURATE AND IF THEY ARE PUT CRIMINAL CHARGES AGAINST MIKE SHUGRUE AND FULL ACCESS FOR PAYING SIGN ON BONUSES. ALLOWING MIKE TO ACT AS CEO WITHOUT EDUCATION OR LICENSING TO BACK UP THE POSITION. PAY THE MONEY BACK TO THE PERSON WHO HAD MONEY TAKEN FROM HER ILLEGALLY ITWICE THE AMOUNT WITH 9 PERCENT INTEREST.

40

ODHS HAVE CASE MANAGERS THAT SPEND MORE TIME OUT OT THE OFFICE DOING TRAININGS AND USING UP VACATION AND SICK LEAVE THAN THEY DO MANAGING CASES, HOME HEALTH CARE WORKERS DO NOT GET SICK LEAV PAID VACATION YET THERE IS MONEY BEING DEDUCTED FROM THEIR CHECKS FOR THE EMPLOYEE FUND THAT IS SUPPOSED TO BE PART OF THIS PROGRAM.

REMIDY ALL MONEY TAKEN FROM HOOME CARE WORKERS CHECKS FOR THE EMPLYEE BENEFIT FUND THAT DOES NOT EXIST RETURNED IN TWICE THE AMOUNT WITH 14 PERCENT INTERSET.

41

ODHS ALLOWS HOSPITALS TO BILL THEM FOR SERVICES THEY ARE NOT PROVIDING. CLEINTS WHO ARE NON VERBAL AND CAN NOT BE LEFT ALONE AS THEY CANNOT PUCH A CALL LIGHT FOR HELP NEED PSWS IN THE ROOMS WITH THEM WHILE AT THE HSOPTAIL. BUT ODHS SAYS IT IS DOUBLE BILLING TO ALLOW PSWS TO CLAIM HOURS WHILE AT THE HOSPITAL. NURSES ARE NOT IN THE ROOM WITH THE CLIENTS THEY ARE IN THE HALLWAYS AND IN OTHER PAITENTS ROOMS YET THEY BILL FOR SERVIES. MEDICAID AND MEDICARE FRAUD IS BING ALLLOWED BY ODHS.

REMIDY ALLOW CARE GIVERS TO CLAIM HOURS THEY SPEND WITH THE CLIENT WHILE IN THE HOSPTIAL STOP MEDICAID AND MEDICARE FRAUD FROM THE HOSPOTAL AS THE NURSES ARE NOT IN THE ROOM 24/7 WITH THE CLEITN THEY ARE ELSEHERE SERVING OTHER CLIENTS AND CHARGING ONE PERSON FLAT FEES WHILE DELIVERING SERVICES TO MULTIPLE CLIENTS AT ONE TIME IS ALSO FRAUD THE HOSPTIAL NEEDS TO FIND A DIFFERENT WAY OF BILLING PATIENTS FOR THE CARE THEY RECEIVE WHICH IS USUALLY EQUAL TO ABOUT 2 HOURS IN A 8 HOUR PERIOD..

42

ODHS CLAIMS NO CLIENTS SERVICE LEVEL WILL BE REDUCED. BUT PATRICK'S HOURS AND LEVEL OF CARE BOTH WERE DROPPED AND DUE TO THE WAY THE BARGINING AGREEMENTT IS SET UP THIS LOWERS THE PAYY FOR CARE WORKERS AND THE LEVEL OF TRAINING THEY CAN ACCESS. IN PATRICKS CASE IT ALSO HAS CAUSED INJURY TO HIM AND TO HIS DIRECT CARE STAFF

REMIDY DEEM THE BARGINING CONTRACT AS UNCONSTITUTIONAL AS IT DISCRIMNATES AND SEGRAGATES THE WORK FORCE PAY PEOPLE WHOSE LOSE OF CAREWAS DROPPED ILLEGALLY 100000 TO THE CLIENT WHO SUFFORD LOSE OF SUPORT AND STAFF AND 50000 TO EACH WORKER WHO HAD TO QUIT THEIR POSITON AND FIND OTHER CLIENTS AT THE LEVEL AMND PAY OF THEIR TRAINING AND 100000 TO WORKERS WHO REMAINED WITH THE CLIENT AND ENDURED THE WAGE AND TRAINING DROP GOING THROUGH INJURIES TO THEMSELVES AND THE CLEITN DUE TO THE DROP..

43

ODHS IS ALLOWING ILLEGAL DEBT COLLECTION TO OCCUR BY PERSONS NOT REGISTERED WITH THE STATE OF OREGON TO COLLECT DEBTS. OHDS IS HARASSING AND THREATENING PEOPLE WITH ILLEGAL NOTICES IN RETALIATION TO BEING REPORTED IN WHISTLEBLOWING CASE.

REMIDY FOR ILLEGAL DEBT COLLECTION 3 TIMES THE AMOUNT OF THE ORIGINAL DEBT PUS 9 PERCENT INTERST. RETURN TWICE THE AMOUNT OF MONEY ILLEGALLY GRANISHED WITH 16 PERCENT INTERST.

44

OHDS IS ALLOWING NON LICENSED PERSONS TO PRACTICE LAW BY WRITING ADMINISTRATVIE RULES THAT CONFLICT WITH HIPPA RUES, DISABILITIY RULES, LABOR RULES, ON AND ON...ODHS IS GUILTY OF UNLAWFUL PRACTICE OF THE LAW.

REMIDY PAY VISTIMES THAT CAN PROVE THE LAW USED AGAINST THEM BY ODHS IS ERRONEOUS AND CONFLICTS WITH COMMON ARCHIVE LAWS AND ACTS OR VILATES CONSTITUTIONAL RIGHTS PAY 20,000.00

45

OHDS HAS BREACHED SERVICE CONTRACTS BY HAVING MULTIPLE LAPSE IN CASE MANAGEMENT TAKE PLACE.

REMIDY FOR EACH CASE MANAGEMENT LAPSE PAY 50,000.00

46

ODHS NEEDS TO BE MONITORED AS TO WHERE THEY ARE SPENDING MEDICAID AND MEDICARE FUNDS.

REMIDY: SUPPOSEDLY THIS IS ALREADY TAKING PLACE BUT IT IS NOT AND WHEN THE IRS TRIED TO CORRECT THE CORRUPT RACKETEERING THE OAH WAS ESTABLISHED BY A GROUP OF LAWYERS TO FURTHER DISTORT THE FRAUD AND CORRUPTION. OBVIOUSLY IT GOES UNCHECKED WHEN PEOPLE HAVE INCOME 217 PERCENT ABOVE THE MEDIAN FOR THEIR POSTIION. SOMEONE NEEDS TO DEVELOP A SYSTEM THAT PREVENTS SUCH EXPLOITATION OF POSTION AND AUTHRITIES.

47

ODHS SHOULD BE FORCED TO FOFFER PROPER COST OF LIVING RAISES THAT ARE EQUIVALENT TO THOSE BEING MADE IN OTHER ODHS EMPLOYMENT ARENAS AND MAKE THE RAISES IN A TIMELY MANNER NOT SPREAD OUT OVER SEVERAL YEARS OR OVER THE LIFE OF THE CURRENT BARGININGIN CONTRACT.

REMIDY: MAKE COST OF LIVING RAISE ADJUSTMENTS QUARTERLY NOT OVER SEVERAL YEARS OR THE LIFE OF THE UNCONSTITUITIONAL BARGINING CONTRACT.

48

ODHS WAS FULLY AWARE THAT PATRICK WAS BEING EXCESSIVELY CHEMICALLY RESTRAINED AND BATTERED BY TELEW MD AS MUTIPLE PROTECTIVE SERVICE COMPLAINTS WERE MADE AND OHDS FAILED TO INTERVENE. THE EXCESSIVE CHEMICAL RESTRAINT CAUSED HALDOL TOXICITY AND CAUSED PATRICK TO SPEND 16 DAYS IN REVIVERBEND HOSPITAL RECOVERING AS WELL AS HAS CAUSED PERMANENT BRAIN DAMAGE AND OTHER HEALTH ISSUES.

REMIDY PAY 100000 DOLARS TO PATRICK AND 50000 TO CHRSITNE

49

ODHS'S PROTECTIVE SERVICE OFFICER MARK PHINNEY RETALIATED AGAINST CHRISTINE FOR MAKING THE EXCESSIVE CHEMICAL RESTRAINT REPORT BY SENDING A SLANDEROUS DEFAMING LETTER TO YAMHILL PROBATE COURT CLAIMING CHRISTINE WAS STHE CAUSE OF THE OVERDOSING OF HALDOL AND THE PSYCHIATRIC CRISIS PATRICK WAS LEFT IN AFTER THE HALDOL OVER DOSE. .

REMIDY  PAY 25,000.00 FOR LABAL SLANDER AND DEFAMATION OF CHARACTER TO A 3RD PARTY AND EVERAL OTHERS.

50

CHRISTINE HAD MADE MANY REPORTS TO PROTECTIVE SERVICES ABOUT PATRICK NOT BEING CHANGED, GOTTEN UP OUT OF BED FOR MEALS AND EVEN A BIZZARE INSIDENT WHERE HE SUPPOSEDLY FELL OUT A KITCHEN WINDOW AND BROKE HIS SCAPULA WHILE RESIDING IN A SISO GROUP HOME AND ODHS PROTECTIVE SERVICES FAILED TO INVESTIGATE AND INTERVENE. THE NOT GETTING UP AND FEEDING AND CHANGING HIS BREIF ENDED UP AS LIFE THREATENING MALNURISHMENT AND A STAGE 4 DECUBITUS OVER A PERIOD OF SIX MONTHS.

REMIDY FOR PROTECTIVE SERVICES NOT ACTING AND INTERVENING TO KEEP PATRICK SAFE 250000 DOLLARS

51

CHRISITNE TRIED TO REMOVE PATRICK FROM THE ABUSIVE NEGLECTFUL SITUATION AND GET THE RIGHT MEDICAL SUPPORTS AND AGAIN WAS MET WITH RESISTANCE AND RETAILATION BY MIKE PHINNEY AND PERI WILLIAMSON. PERI SIAD MARK PHINNEY HER SUPERVISOR SAID SHE COULD NOT ALLOW THE MOVE FROM SISO TO TAKE PLACE AND MARK PHINNEY RETALIATED AGAINST CHRISTINE BY TRYING TO LIMIT HER CONTACT WITH PATRICK BY MAKING UP FALSE STATEMENTS/REPORTS OF INAPPROPRIATE CONTACT MAKING ALL VISITS SUPERVISED. THIS DID NOT PREVENT CHRISTINE AND OTHERS SHE TAUGHT HOW TO AUTOMATIC REORT FROM MAKING MORE COMPLAITNS.

REMIDY PAY CHRISTINE 50000 FOR IMPEDING HER GUARDAIN DUTIES

52

ODHS ALLOWED HOUSE MANAGER MISS WILLIAMSOM TO LIE ABOUT PATRICKS MEDICAL CONDITION THAT WARRANT WOUND CARE AS THEY KNEW CHRISTINES   COMPLAINTES WERE FOUNDED AS PATRICK GOT A BEDSORE. MISS WILLAIMS CLAIMED IT WAS A LUMP THAT NEEDED TO BE BIOPSIED. CHRISITNE PULLED MEDICAL RECORDS AND IT WAS A STAGE 1 BEDSORE THAT KEPT GETTING BIGGER TO A STAGE 4 THAT WENT DOWN INTO THE FACEA AND THE BONE AS SISO DID NOT HAVE THE PROPER MEDICALLY TRAINED STAFF TO TAKE CARE OF SUCH A WOUND.

REMIDY PAY 50000 FOR FALSIFYING MEDICAL INFROMATION TO GUARDIAN

53

ODHS AGAIN RETALIATED AND  DENIED CHRISTINE HER RIGHT TO BRING PATRICK HOME TO LIVE WITH HER AFTER HE WAS DIAGNOSED TERMINALLY ILL BY RIVERBEND HOSPTIAL AND BLOCKED HER GUARDAINSHIP AND SENT HIM TO A NURSING HOME RATHER THAN ALLOWING HIM TO COME HOME TO DIE.

REMIDY 50,000 DOLLARS

ODHS PROTECTIVE SERVICES AGAIN RETALIATED AGAINST CHRISTINE FOR MAKING A PROTECTIVE SERVICE COMPLAINT AGAINST DUNGARVIN STAFF FOR NOT TAKING PATRICK IN FOR EMERGENCY CARE FOR HEAD TRAUMA HE SUSTAINED A WEEK IN THEIR GROUP HOME. ODHS SENT A 40,000 OVER PAYMENT BILL BASED ON FOODSTAMP OVER PAYMENT AS THERE IS NO MEIDCIAL COVERPAYMENTS AS THEY ARE OFFSET BETWEEN THE DEPARTMENT AND THE NURSIN GFACILITY. CHRISTINE WAS TOLD SHE MUST PAY IT FOR PATRICKS RECOVERY FROM THE ABUSE AND NEGLECT HE SUFFERED AT SISO BECAUSE HE WAS IN THE NURSINGHOME ILLEGALLY AGAINST PASSR RULE. CHRISITNE DID NOT PLACE PATRICK THERE! ODHS DID AGAINST HER GUARDAIN WISHES! AND THE ACCOUNTANT AT THE NURSING HOME WAS PATRICKS PAYEE AT THAT TIME NOT CHRISTINE. DHS CONTINUED THEIR RANTING AND SERVICE OF ILLEGAL NOTICES AS WELL AS THREATS TO OTHER MEMBERS OF PATRICKS FAMILY. F

MULTIMPLE OAH HEARINGS TOOK PLACE AND AGAIN ILLEGAL APPLICATIO OF THE LAW AND ILLEGAL PROCEDURES TOOK PLACE SO THE DEPARTMENT WOULD PREVAIL. AN EXAMPLE OF THE ILLEGAL APPLICATION IS ODHS PUT PATRICK IN THE FILING GROUP STATING THEY TOOK HIS SITUATION UNDER ADVISEMENT. DEVELPMENTAL DISABLED INDIVIDUALS CAN NOT BE IN THE FILING GROUP! THEY CAN NOT READ WRITE ANDNORE UNDERSTAND ENOUGH TO MAKE DECISIONS OR PUT IN RELEVANT INPUT. THAT IS WHY THEY HAVE GARDIANS ARE COURT APPOINTED TO DO THESE DUTIES. WHICH AGAIN WAS NOT ALLOWED BY ODHS.

OAH OFFICE PLACED MADE AN ORDER STATING PATRICK MUST PAY 400000.00 DOLLARS BACK TO THE DEPARTMENT FOR HIS MEDICAL STAY IN THE NURSIGN HOME AND BEGAN SENDING OUT HARASSMENT LETTERS AND THREATS TO GARNISH HIS SSDI PAYNMENTS TO GET THE MONEY.

ODHS DID SERVE A WRIT OF GARNISHMENT ON PATRICK S SSDI SAVINGS ACCOUNT AND TOOK HIS MONEY AND THE  SOCIAL SECURITY DEPARTMENT NOR ANYONE WLSE WOULD DO ANYTHING ABOUT IT.

REMIDY 3 TIMES THE AMOUNT OF THE CLAIMED FRAUDLANT DEBT WITH 16 PERCENT INTERST CRIMINAL CHARGES PUT AGAINS ODHS EMPLYEE WHO ILLEGALLY USED FOODSTAMP CONCULATION FOR DEBT. 100000 FOR BREAKING THEIR OWN RULE OF OFF SETTING MEDICAL OVER PAYMENTS 75000 FOR ILLEGAL GARNISHING SSDI MONEY OF A PROTECTED PERSON MAKE A PROGRAM AT SOCIAL SECURITY WHERE THERE IS A PERSON WHO HELPS RECOVER FUNDS ILLEGALLY TAKEN AGAINST THEIR ADMINISTRATIVE RULES.

55

AFTER SEVERAL COMPLAINTS OF DUNGARVIN STAFF NOT CHANGING PATRICKS BREIF AND HIM GETTING THE START OF BEDSORES AGAIN PROTECTIVE SERVICE OFFICER MARK PHINNEY SUGGESTED DUNGARVIN ADMINISTRATION TALK TO CHRISTINE ABOUT GETTING AN INDWELLING CATHETER FOR PATRICK. THIS WAS NOT A MEDICAL NECESSITY AND IT WAS FOR STAFF CONVENIENCE AS WELL AS WOULD GET DUNGARVIN MORE MONEY ALLOTTED TO HIM AS HE WOULD HAVE MORE MEDICAL TO DEAL WITH.CHRISTINE SAID NO THEY CAN NOT PUT IN AN INDEWELLING CATHETER A PRIME EXAMPLE OF LANE COUNTY PROTECTIVE SERVICES WAY OF RESOLVING ON GOING PROBLEMS IN THE FAVOR OF THE GROUP HOMES THEY MONITOR.

REMIDY: RELIEVE MARK PHINEY OF HIS DUTIES WITH LCDD AND BAR HIM FROM WORKING FOR GOVERNMENT AND IN HUMAN SERVICES.

56

ODHS ALLOWS FINANCIAL VISTIMIZATION OF CLIENTS IN GROUP HOMES. MANY GROUP HOMES COLLECT ALL THE CLIENTS SSDI AND SSI BENEFITS FOR ROOM AND BOARD THAN GET PAID 45000.00 TO 75000.00 A MONTH FOR STAFFING THE CLIENT. MANY TIMES A CLIENT WILL BE LEVEL OF CARE THAT REQUIRES 2 TO 1 SERVICES OR ADVANACED TRAINED INDIVIDUALS BUT THE STAFFING THEY GET IS ENTRY LEVEL PEOPLE WITH LITTLE TO NO TRAINING AND OFTEN ONE STAFF MEMBER IS ASSIGNED TO SEVERAL CLIENTS AT ONE TIME WHILE THE OWNERS OF THE GROUP HOMES TAKE THE MONEY THAT IS TO BE SPENT ON THE CLIENTS CARE AND PAY OFF THE BUILDINGS SERVICES ARE BEING PROVIDED IN AND OTHER PERSONAL FINANACES. ODHS IS FULLY AWARE THAT THIS TAKES PLACE BUT CHOSES NOT TO ADDRESS IT.  IN PATRICKS CASE...HE PAID ROOM AND BOARD AND THAN ADDITIONAL FOR DAY PROGRAM OUT OF HIS SSDI THAT WAS SUPPOSED TO BE COVERED BY THE MONEY DUNGARVIN WAS GETTING FROM MEDICAID AND MEDICARE FOR HIS SERVICES. PATRICK WAS ALSO CHARGE 65.00 FOR A WILD LIFE SUFARI MONTHLY PASS HE RARELY USED AS HE WAS IN BED WITH BEDSORES WHILE HIS ROOMMATES WENT ON DAY TRIPS TO ROSEBURG. LEAVING HIM WITH 50.00 PERSONAL SPENDING OUT OF OVER 1000 SSDI MONEY.

REMIDY RETURN ILLEGALLY COLLECTED MONEY BY DOUBLE CHARGING FOR SERVICES IN TWICE THE AMOUNT PAID AND WITH 16 PERCENT INTERST. CHARGE GROUP HOMES WITH MEDICAID AND MEDICARE FRAUD AS WELL AS STEALING CLIENT PROTECTED BENEFITS OF SSI SSDI.

57

AT ONE POINT CHRISTINE TOOK MARK PHINNEY TO SMALL CLAIMS COURT. LANE COUNTY COURTS ALLOWED HIM TO HAVE A LAWYER IN SMALL CLAIMS COURT CLAIMING HE WAS A GOVERNMENT EMPLOYEE SO IT IS ALLOWED. MR. DINGLE LIED UNDER OATH STATING ODHS IS NOT INCHARGE OF LICENSING THE GROUP HOMES PEOPLE RESIDE IN AND AGAIN IT WAS ALLOWED.

REMEDY PAY CHRISTINE 35000 FOR ILLEGAL COURT PROCEDURE, PREJUDICE BY JUDGE, AND FINE MR. DINGLE FOR BREAKING AND APPLYING THE LAW OF NO LAWYERS ALLOWED IN SMALL CLAMS COURT. PAY 10000 IN DAMAGES BECAUSE GOVERNMENT EMPLOYES DO NOT GET GOVERNMENTAL SOVERIETY.

58

THE BARGINING AGREEMENT FOR HOME HEALTH CARE WORKERS OF OREGON IS ILLEGAL AND UNCONSTITUTIONAL BECAUSE IT BREAKS JUST ABOUT EVERY ACT AND LABOR LAW EVER WRITTEN. THE LANGUAGE IN THE CONTRACT IS CONTEMPTABLE AND BOARDERS ON VERBAL ABUSE, BULLYING, FORCED LABOR STARTEGIES AND LABOR ENFORCES LABOR TRAFFICKING. THE UNION COLLECTS FUNDS ILLEGALLY FROM THE WORKERS OF THIS GROUP AND MOST OF THE DUES COLLECTED OUT OF PAY CHECKS ARE EMBEZZLED BY ODHS.

REMIDY DISBAND THE UNION RESOLVE THE BARGINING CONTRACT AS IT IS UNCONSTITTUITIONAL AND PAY WORKERS 3 TIMES THE PAY TAKEN ILLEGAL FROM THEIR CHECK WITH 16 PERCENT INTEREST

59

ODHS CLAIMS TO HAVE A PROGRAM THAT REIMBURSES A PERSON FOR TRAVEL LODGING AND MEALS WHEN THEY ARE FORCED TO TRAVEL DISTANCES TO GET MEDICAL SERVICES. THIS SYSTEM DOESNOT EXIST AND THEY DO NOT REIMBURSE PEOPLE AND IF THEY DID WHAT THEY CLAIMED THEY WOULD DO MOTEL ROOM REIMBURSEMENT IS ONL 25.00 MEALS ARE 3.50 AND MILAGE 15 CENTS A MILE...OBVIOUSLY THIS PROGRAM IF IT REALLY DOES EXIST NEEDS A MAJOR OVERHAUL ON INFALTION COSTS AS THERE ARE NO MEALS FOR 3 50 CENTS OR GAS FOR 15 CENTS OR MOTEL ROOMS FOR 2500. CHRISTINE AND PATRICK MADE OVER 10 TRIPS TO PORTLAND AND STAYED IN MOTELS TWO AND THREE DAYS AT A TIME AND NEVER GOT REIMBURSED.EVEN THOUGH ALL PAPER WORK WAS SUBMITTED PRIOR TO THE TRIPS AND AGAIN AFTER.

REMIDY IF THE PROGRAM REALLY EXISTS MAKE UPDATED CHANGES PERFORM AN AUDIT AND SEE HOW MANY PEOPLE ACTUALLY GOT ANUY KIND OF REIMBURSEMENT AND THOSE WHO WERE SUPPOSED TO BUT DID NOT PAY THEM 3 TIEMS THE AMOUNT OWED TO THEM PLUS 16 PERCENT INTEREST

60

ODHS IS FULLY AWARE THE LEVEL OF CARE THEY PREFORM ON A CLIENT IS AGAINST DISABILTIY ACT AS IT IS BASED ON A PERSONS FUNCTIONAL ABILITY AND THEIR MEDICAL DIAGNOSIS'S.

REMIDY DEVELOP ANOTHER WAY OF SCREENING PEOPLE FOR SERVICES AND DO NOT USE DIAGNOSIS OR DISABILITY TODETERMINE THE SERVICES IT IS ILLEGAL TO HAVE PERSON WHO ARE NOT LICSENCED MEDICAL PEOPLE TO BE COLLECTING THIS KINDOF INFORMAITON IT VIOLATES HIPPA RULES AND SECURE INFORMATION ACT.

61

ODHS IS WITHHOLDING MEDICAL SERVICES  AND SUPPORTS FROM CLIENTS IN A PROTECTIVE CLASS WHICH IS ILLEGAL WHILE EMBEZZLEING MEDICAID AND MEDICARE MONEY TO HAVE WEEKEND RETREATS, HOLIDAY PARTYS, SEASONAL EVENTS. IT ALSO IS ABUSE AND NEGLECT OF A CLIENT.

REMIDY MAKE ODHS PAY BACK ALL THE MEDICAID AND MEDICARE MONEY SPENT ON CATERED PARTIES, SPECIAL AWARDS EVENTS AND PERSONL TRAVELING TO CONVENTIONS AND VARIOUS TRAININGS.

ODHS BRANCH OF OREGON ADMINISTRATIVE HEARINGS IS AN RACKETEERING CORRUPT BIAS ORGANIZATION CREATED TO SAVE THE ODHS MILLIONS OF DOLLARS EACH YEAR BY CONDUCTING UNFAIR HEARINGS AND GIVING ADMINISTRATIVE RULINGS IN "THE DEPARTMENTS" FAVOR EVEN WHEN THE DEPARTMENT HAS COMMITED ILLEGAL ACTS AGAINST THE CLIENTS THEY SERVE.

REMIDY RESOLVE THIS RACKETERING AND PAY RESTITUION TO ALL VICTIMS OF THE ODHS JUDGES THAT APPLIED THE LAW ERRONEOUSLY TO PROMOTE DEPARTMENT WINS DISBAR ALL ADMINISTRATIVE JUDGES THAT ARE TAKING PART IN THIS ORGANIZATION.

CERTIFICATION AND CLOSING

UNDER FEDERAL RULE OF CIVIL PROCERURE 11, BY SIGNING BELOW , I CERTIFIY THE BEST OF MY KNOWLEDGE, INFROMATIONF IN THIS COMPLAINT 1) IS NOT BEING PRESENTED FOR AN IMPOROPER PURPOSE, SUCH AS TO HARASS AUSE UNNESSARY DELAY , OR NEEDLESSLY INCREASE THE COST OF LITIGATIONS20 IS SUPPORTED BY EXISTING LAW OR BY ANON FRIRVOLOURS ARGURMENT FOR EXTENDTIARY SUPORT OR IF SPECIFICALLY SO IDENTIFIED WILL LIKELY HAVE EVIDENCIARY SUPPORT AFTER REASONABLE OPPORTUNITY FOR FURTHER INVESTIGATION OR DISCOVERY AND 4) THE COMPLAINT OTHER WISE COMPLIES WITH THE TREQUIREMNETS OF RULE 11.

CHRISTINE REQUESTS THAT SHE BE AWARDED WHISTLE BLOWING AWARD OF 35 PERCENT OF WHAT THE GOVERNMENT RECOVERS AND ON OTHER CLAIMS SHE GETS AWARDED REASONABLE LAWYER FEES AND LEGAL EXPENSES.

1-28-22

DATED

CHRISTINE HENDEROSN